FILED
DEC 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL,<br>9805 Forest Grove Drive<br>Silver Spring, MD 20902,<br><br>      Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>One Judiciary Square<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br><br>PAULA SENIOR FISHER<br>District of Columbia Department of Health<br>825 North Capitol Street, NE<br>Washington, D.C. 20002<br><br>HAWK ONE SECURITY<br>1331 H Street, N.W., Suite 600<br>Washington, D.C. 20005<br><br>WATKINS SECURITY AGENCY OF DC<br>5325-B East Capitol Street, SE<br>Washington, D.C. 20019<br><br>      Defendants. | Civil Action No. _____<br><br>CASE NUMBER  1:05CV02351<br>JUDGE: Royce C. Lamberth<br>DECK TYPE: Civil Rights (non-employme<br>DATE STAMP: 12/08/2005 |

## NOTICE OF REMOVAL

The District of Columbia is a defendant in the case *Marilyn Seabrooks Myrdal v. District of Columbia, et al.,* Civil Action No. 05-8837, now pending in the Superior Court of the District of Columbia. The District of Columbia received notice of plaintiff's Summons and Complaint on or about November 18, 2005.

Pursuant to 28 U.S.C. §§1441 and 1446, defendant District of Columbia removes the above action from the Superior Court of the District of Columbia to this Honorable

1

Court because the claims raised in plaintiff's complaint purportedly raise federal questions appropriate for resolution by this Court.

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

                                                 Respectfully submitted,

                                                 ROBERT J. SPAGNOLETTI
                                                 Attorney General for the District of Columbia

                                               GEORGE VALENTINE
                                               Deputy Attorney General, D.C.
                                               Civil Litigation Division

                                               _____
                                               PATRICIA A. JONES #428132
                                               Chief, General Litigation Section IV
                                               Civil Litigation Division

                                               _____
                                               GEORGE E. RICKMAN #433298
                                               Assistant Attorney General, D.C.
                                               General Litigation Section IV
                                               Civil Litigation Division
                                               441 Fourth Street, Sixth Floor North
                                               Washington, D.C. 20001
                                               202-442-9840; 202-727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, on December 8, 2005, to:

| | |
|---|---|
| William P. Farley, Esq.<br>KARL & TARONE<br>900 17TH Street, N.W., Suite 1250<br>Washington, D.C. 20006 | Hawk One Security<br>1331 H Street, N.W. Suite 600<br>Washington, D.C. 20005 |

Watkins Security of D.C.  
825 North Capitol Street, N.E.  
Washington, D.C. 20002

Ms. Paula Senior Fisher  
District of Columbia Department of Health  
5325-B East Capitol Street, SE  
Washington, D.C. 20019

GEORGE E. RICKMAN  
Assistant Attorney General, D.C.