UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**  )<br>)<br>   **Plaintiff,**  )<br>)<br>            v.  ) C.A. No. 05 CV 02351 (RCL)<br>)<br>**THE DISTRICT OF COLUMBIA, et al.**  )<br>)<br>)<br>   **Defendants.**  )<br>) | |

## AFFIDAVIT OF SERVICE ON ALL DEFENDANTS

**1. AFFIDAVIT OF SERVICE ON DEFENDANT HAWK ONE SECURITY INC.**

**2. AFFIDAVIT OF SERVICE ON DEFENDANT PAULA SENIOR FISHER**

**3. AFFIDAVIT OF SERVICE ON WATKINS SECURITY AGENCY OF DC INC.**

**4. AFFIDAVIT OF SERVICE ON DEFENDANT THE DISTRICT OF COLUMBIA**

   **a. Via Mayor Anthony Williams**

   **b. Via Robert Spagnoletti, Attorney General for the District of Columbia**

I William Farley, the undersigned do hereby declare, that I am a disinterested person over the age of eighteen. I am not a party in the above styled cause and have a legal business address in the District of Columbia at 900 17th Street, N.W., Suite 1250, Washington, D.C. 20006.

I certify that on **November 15, 2005**, **HAWK ONE SECURITY INC.** was served pursuant to Superior Court Rule 4( c)(3) by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in

this matter because I mailed a copy, by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter to:

1. **HAWK ONE SECURITY INC.**
   1331 H Street, NW, Suite 600
   Washington, D.C. 20005

Serve: Calvin Kimball
   Registered Agent
   HAWK ONE SECURITY INC.
   1331 H Street, N.W. Suite 1100
   Washington, D.C. 20005

   A copy of the certified mail receipt is attached at Exhibit "A."

   I certify that on **November 15, 2005**, **PAULA SENIOR FISHER** was served pursuant to Superior Court Rule 4( c)(3) by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter because I mailed a copy, by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter to:

2. **PAULA SENIOR FISHER**
   2758 UNICORN LN
   WASHINGTON, DC 20015-2234

   A copy of the certified mail receipt is attached at Exhibit "A."

   I certify that on **November 15, 2005**, **WATKINS SECURITY AGENCY OF DC INC.** was served pursuant to Superior Court Rule 4( c)(3) by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference

in this matter because I mailed a copy, by certified mail, return receipt requested, of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter to:

3. **WATKINS SECURITY AGENCY OF DC INC.**
   **5325-B East Capitol Street, SE**
   **Washington, D.C. 20019**

Serve: **Richard Hamilton**
**Registered Agent**
**WATKINS SECURITY AGENCY OF DC INC.**
**5310 Central Avenue, S.E.**
**Washington, D.C. 20019**

Served: Change of Address
3010 Kidder Road
Clinton, Maryland 20735

A copy of the certified mail receipt is attached at Exhibit "A."

**Hand Delivery Pursuant to Superior Court Rule**

I certify that on November 10, 2005, at approximately 9:40 a.m. pursuant to Superior Court Rule 4, I personally delivered a copy via hand delivery a copy of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter to:

**4. DISTRICT OF COLUMBIA**

Serve:

**a. District of Columbia Mayor Anthony Williams**

Serve: His representative

Tabatha Braxton
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Suite 327

Washington, DC 20004

I certify that on November 9, 2005, at approximately 5:00 p.m. pursuant to Superior Court Rule 4, I personally delivered a copy via hand delivery a copy of the Summons, Complaint and Initial Scheduling Order setting the time for the initial conference in this matter to:

**b. Robert Spagnoletti, Attorney General for the District of Columbia**

Serve: His representative - Assistant Attorney General for the District of Columbia KIM JOHNSON.

At: 441 Fourth Street, Sixth Floor North
Washington, D.C. 20001

I declare that my statements contained within the foregoing affidavit are true and correct to the best of my knowledge and if any statements are willfully false then I am subject to punishment.

                                              /s/
                                         William P. Farley
                                         D.C. Bar # 466280
                                         Karl & Tarone
                                         900 17th Street, N.W.
                                         Washington, D.C. 20006
                                         Farley@dccounselor.com
                                         (202) 293-3200
                                         (202) 429-1851 (fax)

                                         Attorney for Plaintiff