UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL | * |
|    Plaintiff | * |
| v. | *   Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | *   Judge: Royce C. Lamberth |
|    Defendants | * |

\* * * * * * * * * * * * *

## CONSENT MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant Watkins Security Agency of DC, Inc., through its undersigned counsel, hereby files this Consent Motion seeking leave to file its Answer or other responsive pleading out of time. In support thereof, Defendant states as follows:

1. On December 27, 2005, Plaintiff filed an Affidavit of Service indicating that service on the undersigned Defendant took place by certified mail on December 1, 2005.

2. The Court file reflects that on December 8, 2005, the District of Columbia removed this action from Superior Court to this Court.

3. The assignment of the defense of Watkins Security Agency came in to undersigned counsel's office while undersigned counsel was out of the country on vacation for the Christmas holiday.

4. Immediately following counsel's return and learning of this case, undersigned counsel contacted counsel for Plaintiff, who consented to the filing of Watkins' Answer out of time.

5. A proposed Answer and Defenses to Complaint is attached hereto as Exhibit A.

6. No party is prejudiced by the timing of the filing of Watkins' answer; indeed, preliminary investigation suggests that Watkins was not the security company whose actions are at issue in Plaintiff's Complaint. The parties are presently trying to sort out these preliminary matters.

WHEREFORE, for good cause shown, Defendant Watkins Security Agency of D.C., Inc. respectfully requests the Court grant its Consent Motion and deem the Answer and Defenses of Watkins Security Agency of D.C., Inc., attached hereto as Exhibit A, filed as of the date of this Order.

Respectfully submitted,

_____
Kelly Hughes Iverson, Bar No. 487816
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

Attorney for Defendant,
Watkins Security Agency of DC, Inc.

721343

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 6th day of January, 2006, a copy of the foregoing Consent Motion for Leave to File Out of Time was caused to be served electronically, on:

William P. Farley, Esquire
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006

George E. Rickman, Esquire
Assistant Attorney General for the District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001

and mailed, first class mail, postage prepaid, to:

Hawk One Security
1331 H Street, N.W., Suite 600
Washington, D.C. 20005

Paula Senior Fisher
District of Columbia Department of Health
5325-B East Capitol Street, SE
Washington, D.C. 20019

_____
Kelly Hughes Iverson, Bar No. 487816