UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE
LOCAL RULES OF THE UNITED STATES DISTRICT
<u>COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, the undersigned, counsel of record for Watkins Security Agency of DC, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of Watkins Security Agency of DC, Inc. that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Kelly Hughes Iverson, Bar No. 487816
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

Attorney of Record for Watkins Security
Agency of DC, Inc.

719926

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of January, 2006, a copy of the foregoing Certificate Required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia was caused to be served electronically, on:

> William P. Farley, Esquire
> Karl & Tarone
> 900 17th Street, N.W., Suite 1250
> Washington, D.C. 20006
>
> George E. Rickman, Esquire
> Assistant Attorney General for the District of Columbia
> 441 4th Street, NW
> 6th Floor South
> Washington, D.C. 20001

and mailed, first class mail, postage prepaid, to:

> Hawk One Security
> 1331 H Street, N.W., Suite 600
> Washington, D.C. 20005
>
> Paula Senior Fisher
> District of Columbia Department of Health
> 5325-B East Capitol Street, SE
> Washington, D.C. 20019

_____
Kelly Hughes Iverson, Bar No. 487816

719926