UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In consideration of the Consent Motion for Leave to File Out of Time filed by Defendant Watkins Security Agency of D.C., Inc., the Court finds good cause to grant the Consent Motion. Accordingly, it is on this _____ day of January, 2006, ORDERED:

1. That the Consent Motion is GRANTED; and

2. That the Answer and Defenses of Watkins Security Agency of D.C., Inc. is deemed filed as of the date of this Order.

_____
The Honorable Royce C. Lambert, Judge
United States District Court for the
District of Columbia

cc:   Kelly Hughes Iverson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202

William P. Farley, Esquire
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C.  20006

George E. Rickman, Esquire
Assistant Attorney General for the District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001

Hawk One Security
1331 H Street, N.W., Suite 600
Washington, D.C. 20005

Paula Senior Fisher
District of Columbia Department of Health
5325-B East Capitol Street, SE
Washington, D.C. 20019

721837