## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2351 (RCL)** |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

In consideration of the Consent Motion [4] for Leave to File Out of Time filed by defendant Watkins Security Agency of D.C., Inc., the Court finds good cause to grant the Consent Motion.  Accordingly, it is hereby

ORDERED that the Consent Motion [4] for Leave to File Out of Time is GRANTED. The Answer and Defenses of Watkins Security Agency of D.C., Inc., is deemed filed as of the date of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 12, 2006.