IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN MYRDAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2351 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA , *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### THE DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO LATE FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant the District of Columbia ("District"), by and through undersigned counsel and with plaintiff's consent, hereby moves this Court grant it leave to late file its response, and accept the District's response to plaintiff's complaint as timely filed. As reasons for this motion, the District states the following:

1.  On December 8, 2005, the District removed this case that was originally filed in the D.C. Superior Court to the United States District Court for the District of Columbia. Receipt of the notice removal was docketed by this Court on December 16, 2005. See Docket Entry #2.

2.  The District did not timely realize the Court had accepted the notice of removal and that its answer to plaintiff's Complaint was due.

3.  Since the time of the service of the complaint that was filed in the Superior Court, the District has made efforts to obtain information concerning plaintiff's claims. The information was necessary to determine whether and on what terms co-defendant Paula Fisher would be represented by the District in the pending lawsuit. Because the initial investigation of the underlying facts took some time, the District was delayed in

reaching its initial determinations, and undersigned counsel will not represent defendant Fisher in this matter, other than to seek an enlargement of time to file a response to plaintiff's complaint. See Motion filed under separate cover.

4. Plaintiff's counsel was contacted in an effort to obtain his consent to the relief sought herein. Plaintiff consented to allowing the District to file its responsive motion out of time.

5. Under Fed. R. Civ. P. 6(b)(2)

> "When these rules or by notice given thereunder or by order of court require an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion…(2) upon motion made after expiration of the specified period permitting the act to be done where the failure to act was the result of excusable neglect…

6. This motion is being made for good cause shown and does not prejudice plaintiff.

WHEREFORE, the defendant District of Columbia hereby moves this Court to grant its motion to late file its responsive pleading.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV

                                                                               _____

                                                   GEORGE E. RICKMAN, #433298
                                                   Assistant Attorney General
                                                   General Litigation Section IV
                                                   P.O. Box 14600
                                                   Washington, DC 20044-4600
                                                   202-442-9840/fax 202-727-3625

Local Rule 7.1(m) Certification

I do hereby certify that on January 12, 2006, efforts to contact William Farley, Esq., counsel for the plaintiff, were made to obtain his consent to this motion. Mr. Farley informed the undersigned that he consents to the relief sought herein.

                                                   _____

                                                 GEORGE E. RICKMAN
                                                 Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN MYRDAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2351 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT THE DISTRICT OF COLUMBIA'S MOTION TO LATE
FILE ITS REPOSNE TO PLAINTIFF'S COMPLAINT

As authority for the foregoing motion, the District cites and relies on the following:

1. Fed.Civ.R.P. 6(b)(2);

2. The record herein;

3. The equitable powers of the Court;

4. The consent of the parties.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV

                                              _____
GEORGE E. RICKMAN, #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625