IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

MARILYN MYRDAL,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Civil Action No. 05-2351 (RCL)
                                         )
THE DISTRICT OF COLUMBIA , *et al*.,     )
                                         )
            Defendants.                  )

---

<u>ORDER</u>

Upon consideration of the District of Columbia's Consent Motion to Late File Its

Response to Plaintiff's Complaint, and the record herein, it is this ___ day of

_____, 2006,

ORDERED:  that the motion is hereby granted, and it is,

FURTHER ORDERED:  that the District's responsive pleading is hereby

accepted for filing.

_____
ROYCE LAMBERTH
U.S. District Court Judge