IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA , *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendant District of Columbia's motion to dismiss the complaint;, any opposition thereto, any reply, the facts the law and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED:** that the defendant District of Columbia's motion to dismiss is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the complaint in Civil Action No. 052351 is hereby **DISMISSED WITH PREJUDICE** as to the defendant District of Columbia.

                                                                                                     _____
                                                                                                     ROYCE LAMBERTH
                                                                                                     United States District Court Judge