IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN MYRDAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2351 (RCL) |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

THE DEFENDANT PAULA FISHER'S MOTION TO
LATE FILE HER RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Paula Fisher, by and through undersigned counsel for the limited purpose of seeking an enlargement of time in which to respond to plaintiff's Complaint, hereby moves this Court grant her leave to late file her response to plaintiff's complaint within thirty (30) days. As reasons for this motion, this defendant states the following:

1. On December 8, 2005, the District of Columbia removed this case that was originally filed in the D.C. Superior Court to the United States District Court for the District of Columbia. Receipt of the notice removal was docketed by this Court on December 16, 2005. See Docket Entry #2.

2. Defendant Fisher did not know the Court had accepted the notice of removal and that her answer to plaintiff's Complaint was due.

3. Since the time of the service of the complaint that was filed in the Superior Court, undersigned counsel has recognized a potential conflict in representing both the District and defendant Fisher, and therefore seeks additional time within which she may respond.

4.  Ms. Fisher will be represented by another Assistant Attorney General whose assignment has not yet been made.  That attorney will need time to review the allegations set forth in plaintiff's complaint, and to speak to defendant Fisher regarding those allegations and her defense to them.

5.  Under Fed. R. Civ. P. 6(b)(2)

> "When these rules or by notice given thereunder or by order of court require an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion…(2) upon motion made after expiration of the specified period permitting the act to be done where the failure to act was the result of excusable neglect…

7.  This motion is being made for good cause shown and does not prejudice plaintiff.

WHEREFORE, the defendant Fisher hereby moves this Court to grant her motion to late file her response to plaintiff's complaint.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    _____
    PATRICIA A. JONES, #428132
    Chief, General Litigation Sec. IV

                                                                   _____
GEORGE E. RICKMAN, #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Local Rule 7.1(m) Certification

I do hereby certify that on January 17, 2006, efforts to contact William Farley, Esq., counsel for the plaintiff, were made to obtain his consent to this motion. Mr. Farley informed the undersigned that he will oppose the relief sought herein.

                                                          _____
GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA , *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT PAULA FISHER'S MOTION TO LATE
FILE HER REPOSNE TO PLAINTIFF'S COMPLAINT

As authority for the foregoing motion, defendant Fisher cites and relies on the following:

1. Fed.Civ.R.P. 6(b)(2);

2. The record herein;

3. The equitable powers of the Court.

                                         Respectfully submitted,

                                         ROBERT J. SPAGNOLETTI
                                         Attorney General for the District of Columbia

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General, D.C.
                                         Civil Litigation Division

                                         _____
                                         PATRICIA A. JONES, #428132
                                         Chief, General Litigation Sec. IV

GEORGE E. RICKMAN, #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625