IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of defendant Paula Fisher's Motion to Late File Her Response to Plaintiff's Complaint, and the record herein, it is this ___ day of _____, 2006,

ORDERED: that the motion is hereby granted, and it is,

FURTHER ORDERED: that defendant Fisher shall file a response to plaintiff's complaint on or before February 17, 2006.

_____
ROYCE LAMBERTH
U.S. District Court Judge