UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the District of Columbia's Consent Motion [6] for Leave to Late File Its Response to Plaintiff's Complaint, defendant Paula Fisher's Motion [9] to Late File Her Response to Plaintiff's Complaint, and the record herein, it is hereby

ORDERED that the District of Columbia's Consent Motion [6] for Leave to Late File Its Response to Plaintiff's Complaint is GRANTED. The District of Columbia's responsive pleading is hereby accepted for filing. It is further

ORDERED that defendant Paula Fisher's Motion [9] to Late File Her Response to Plaintiff's Complaint is GRANTED. Defendant Fisher shall file a response to plaintiff's complaint on or before February 17, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 19, 2006.