UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**<br><br>     Plaintiff,<br><br>vs.<br><br>**THE DISTRICT OF COLUMBIA**, *et., al.*<br><br>     Defendants. | **Case No.: 1:05CV02351**<br>**JUDGE:** Royce C. Lamberth |

## ANSWER TO COMPLAINT

**COMES NOW**, the defendant Hawk One Security, Inc., by and through their counsel Leonard L. McCants, Esquire and file this, their answer to the plaintiff's Complaint and states as follows:

1.     That the defendant Hawk One Security, Inc., denies the allegations contained in paragraph 1 of the Complaint.

2.     That the defendant Hawk One Security, Inc., denies the allegations contained in paragraph 2 & 3 of the Complaint.

3.     The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 4 of the Complaint and therefore denies same.

4.     The defendant Hawk One Security, Inc., does not have sufficient information to

either admit or deny the allegations contained in paragraph 5 of the Complaint and therefore denies same.

5.The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 6 of the Complaint and therefore denies same.

6.The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 7 of the Complaint and therefore denies same.

7.The defendant Hawk One Security, Inc., admits the allegations contained in paragraph 8 of the Complaint.

8.The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 9 of the Complaint and therefore denies same.

9.The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 10 of the Complaint.

10.The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 11 of the Complaint and therefore denies same.

11.The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 12 of the Complaint and therefore denies same.

12.     The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 13 of the Complaint and therefore denies same.

14.     The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 14 through 34 of the Complaint and therefore denies same.

15.     The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 35 of the Complaint.

16.     The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 36 of the Complaint.

17.     The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 37 & 38 of the Complaint and therefore denies same.

18.     The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 39 of the Complaint.

19.     The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 40 of the Complaint.

20.     The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 41 through 44 of the Complaint and therefore denies same.

21.     The defendant Hawk One Security, Inc., denies the allegations contained in

paragraph 45 of the Complaint.

22. The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 46 through 50 of the Complaint and therefore denies same.

23. The defendant Hawk One Security, Inc., denies the allegations contained in paragraph 51 of the Complaint.

24. The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 52 through 56 of the Complaint and therefore denies same.

25. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 57 through 62 of the Complaint.

26. The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 63 of the Complaint and therefore denies same.

27. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 64 through 71 of the Complaint.

### COUNT 1 – FALSE IMPRISONMENT

28. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 73 through 83 of the Complaint.

29. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 85 through 91 of the Complaint.

WHEREFORE, having fully answered, the defendant Hawk One Security, Inc., request that this court dismiss plaintiff's complaint against it an each of the defendants herein and grant them attorney fees and cost, and such other and further relief as to this court may appear just and proper.

### COUNT II – CIVIL CONSPIRACY

30. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 93 through 95 of the Complaint.

WHEREFORE, having fully answered, the defendant Hawk One Security, Inc. request that this court dismiss plaintiff's complaint against it an each of the defendants herein and grant them attorney fees and cost, and such other and further relief as to this court may appear just and proper.

### COUNT IV – VIOLATION OF 42 U.S.C. 1983

31. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 97 through 103 of the Complaint.

WHEREFORE, having fully answered, the defendant Hawk One Security, Inc. request that this court dismiss plaintiff's complaint against it an each of the defendants herein and grant them attorney fees and cost, and such other and further relief as to this court may appear just and proper.

### COUNT V – VIOLATION OF 42 U.S.C. 1983: REFUSING OR NEGLECTING TO PREVENT

32. The defendant Hawk One Security, Inc., denies the allegations contained in

paragraphs 105 through 107 of the Complaint.

33. The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraphs 108 through 111 of the Complaint and therefore denies same.

WHEREFORE, having fully answered, the defendant Hawk One Security, Inc. request that this court dismiss plaintiff's complaint against it an each of the defendants herein and grant them attorney fees and cost, and such other and further relief as to this court may appear just and proper.

## COUNT VI – ASSULT

34. The defendant Hawk One Security, Inc., does not have sufficient information to either admit or deny the allegations contained in paragraph 114 of the Complaint and therefore denies same.

35. The defendant Hawk One Security, Inc., denies the allegations contained in paragraphs 115 through 121 of the Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims and/or abilities to recover in this mater are barred and/or reduced by the following affirmative defenses:

   a. estoppel;
   b. payment;
   c. waiver;
   d. release;
   e. statue of frauds;
   f. contributory negligence;
   g. fraud and/or misrepresentation; and
   h. laches

2. Plaintiff's claim for relief should be denied since plaintiff has unclean hands.

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Defendant Hawk One did not commit the wrongs alleged by Plaintiff.

5. If Plaintiff sustained the damages set forth in the Complaint, then such damages were sustained in whole or part by the conduct of a person and/or entities for whose conduct this defendant was not responsible, including plaintiff, her agents, or assigns, and/or other parties and non-parties to this litigation.

6. To the extent not specifically admitted herein, the claims of plaintiff are denied.

WHEREFORE, having fully answered, the defendant Hawk One Security, Inc. request that this court dismiss plaintiff's complaint against it an each of the defendants herein and grant them attorney fees and cost, and such other and further relief as to this court may appear just and proper

Respectfully submitted,

**McCANTS & ASSOCIATES LLC**

/s/
_____
Leonard L. McCants - #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
301-588-1850