UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**THE DISTRICT OF COLUMBIA, et al.** )<br>)<br>)<br>   **Defendants.** )<br>) | C.A. No. 05 CV 02351 (RCL) |

**PLAINTIFF'S MOTION AND MEMORANDUM TO ENLARGE THE TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 12, plaintiff, Marilyn Seabrooks Myrdal, hereby moves this court for an one week extension of her deadline to file her Opposition to Defendant District of Columbia's Motion to Dismiss her complaint to February 6, 2006. Plaintiff requested Defendant's consent to this motion via email and telephone call. Plaintiff was unable to reach Defendant, so their consent to this motion is not known.

Federal Rule of Civil Procedure 6(b) governs enlargement of time periods prescribed by the Federal Rules of Civil Procedure or by court order. When a request for additional time is made before the expiration of the period originally prescribed, a district court may enlarge the period "for cause shown." Fed. R. Civ. P. 6(b)(1). "[A]n application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party." 4A CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1165, at 475 (2ded. 1987). As is true of all of the

Federal Rules of Civil Procedure, Rule 6 is to "be construed and administered to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1.

Myrdal's response to Defendant's Motion is due on January 30, 2006. As provided below, Myrdal has good cause for her request. Counsel has been diligent in this matter.

Counsel has obligations in numerous other matters pending in arbitration and state and federal courts which has required numerous motions and briefs. These cases include: *Perry v. Intercon Security* (three full business days of hearings at JAMS); *Burroughs v. Howard University*, Civil Action No. 03-114 (RMC/DAR); *Banks v. Senate Sergeant at Arms*, NO. 05-5335 (D.C. Cir.) (Writ of Mandamus); and various corporate matters.

In addition, Defendant Hawk Security filed their answer to the complaint on Friday, January 27, 2006. Finally, Defendant Senior Fisher has been given a two month extension to file her answer to the complaint so there will be no delay or prejudice to any party by granting this motion.

WHEREFORE, Myrdal requests that the motion be granted and she be permitted to file her opposition to Defendant's District of Columbia's Motion to dismiss on or by February 6, 2006.

Respectfully submitted,

William P. Farley 466280
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** )<br>)<br>**Plaintiff,** )<br>)<br>v. ) **C.A. No. 05 CV 02351 (RCL)**<br>)<br>**THE DISTRICT OF COLUMBIA, et al.** )<br>)<br>)<br>**Defendants.** )<br>) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Enlarge the Time for Plaintiff to File her Opposition to Defendant's Motion to dismiss, Plaintiff's memorandum of points and authorities in support thereof, the Defendant's opposition thereto, and the record herein, it is the ___ day of _____ 2006 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that Plaintiff's opposition to Defendant's District of Columbia's Motion to Dismiss shall be filed on or before February 6, 2006.

_____
Judge Royce C. Lamberth
Federal District Court Judge - District of Columbia

Copies to:

William P. Farley
Farley@dccounselor.com
Counsel for Plaintiff

Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Motion and Memorandum to Enlarge the Time for Plaintiff to File Her Opposition to Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint was served on all parties by delivering a copy thereof via the Court's electronic filing, on this 30th day of January 2006 to:

Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia

_____
William P. Farley 466280
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 293-3200 (telephone)
(202) 429-1851 (fax)
Counsel for Plaintiff