UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's Motion [12] to Enlarge the Time for Plaintiff to File Her Opposition to Defendant's Motion to Dismiss, Plaintiff's memorandum of points and authorities in support thereof, and the record herein, it is hereby

ORDERED that Plaintiff's Motion [12] be and hereby is GRANTED; and it is further

ORDERED that Plaintiff's Opposition to defendant District of Columbia's Motion to Dismiss shall be filed on or before February 6, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 30, 2006.