UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARILYN SEABROOKS MYRDAL.                :
                                         :
        Plaintiff,                       :
                                         :
    v.                                   :CA No. 05-02351 (RCL)
                                         :
DISTRICT OF COLUMBIA, et al.             :
                    :
                                         :
        Defendants.                      :
_____:

NOTICE OF APPEARANCE

The Clerk of the Court shall enter the appearance of   Assistant Attorney General Melvin W. Bolden, Jr. as the attorney for defendant Paula Senior Fisher.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        KIMBERLY M. JOHNSON (# 435163)
        Chief, General Litigation Section 1

        _____
        MELVIN W. BOLDEN, JR.[ #192179]
        Assistant Attorney General
        441 Fourth Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-5695
        (202) 727-3625/ 0431 (FAX)

February 17, 2006