UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL. | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :CV No. 05-02351 (RCL) |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
| Defendants. | : |

### DEFNDANT PAULA S. FISHER 'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Paula S. Fisher, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure Rule 6(b) to enlarge the time in which to answer, move or otherwise respond to the complaint up to and including February 27, 2006 .Plaintiff consents to the motion for more time. The grounds for the request for additional time are:

The undersigned counsel was only recently assigned to represent Ms. Fisher. Assistant Attorney General George Rickman who was formerly assigned to represent Ms. Fisher in this matter will continue to represent the District of Columbia only. Because of new counsel's involvement in a number of matters previously assigned him and the brief period this matter has been assigned to him, he has been unable to sufficiently review this matter to draft an answer or appropriate motion.

Wherefore, based upon the foregoing, it is requested that the Court grant the consent motion of Paula S. Fisher to extend the time to answer , move or otherwise

respond to the complaint up to and including February 27, 2006.

        Respectfully submitted,

        Robert Spagnoletti
        Attorney General for the
        District of Columbia

        George C. Valentine
        Deputy Attorney General
        Civil Litigation Division

        Kimberly C. Johnson
        _____
        Kimberly C. Johnson (#435163)
        Section Chief, General Litigation Section I

        Melvin W. Bolden, Jr.
        _____
        Melvin W. Bolden, Jr. (192179
        Assistant Attorney General
        441 Fourth St., N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-5695
        (202) 724-3625

February 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL. | : |
| Plaintiff, | : |
| v. | : CV No. 05-02351 (RCL) |
| DISTRICT OF COLUMBIA, et al. | : |
| Defendants. | : |

## ORDER

Upon consideration of Defendant Paula Fisher's Consent Motion for Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, plaintiffs' consent thereto and the record herein, it is by the Court this ___ day of February, 2006

ORDERED: that Defendant Paula Fisher's Consent Motion for Enlargement of Time to Answer, Move or Otherwise Respond is GRANTED; and it is

FURTHER ORDERED: that any answer, motion or other response to the Complaint herein shall be file on or before February 27, 2006.
.

_____
JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARILYN SEABROOKS MYRDAL.                    :
                                             :
    Plaintiff,
                                             :
  v.                                         :CV No. 05-02351 (RCL)
                                             :
DISTRICT OF COLUMBIA, et al.                 :
                    :
                                             :
    Defendants.                              :
_____:

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT PAULA S. FISHER 'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

1. Federal Rules of Civil Procedure, Rule 6

2. Plaintiff's consent.

3. The reasons set forth in the motion.

4. The record herein.

                    Respectfully submitted,

                    ROBERT SPAGNOLETTI
                    Attorney General for the
                    District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

/s/

_____
KIMBERLY MATTHEWS JOHNSON #435163
Section Chief, General Litigation Section I

/s/
_____
MELVIN W. BOLDEN, JR. (192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695