UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2351 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Plaintiff's Consent Motion [14] to Enlarge the Time for Plaintiff to File Her Opposition to Defendant's Motion to Dismiss, Plaintiff's memorandum of points and authorities in support thereof, and the record herein, it is hereby

ORDERED that Plaintiff's Motion [14] be and hereby is GRANTED, *nunc pro tunc*; and it is further

ORDERED that Plaintiff's Opposition to defendant District of Columbia's Motion to Dismiss shall be filed on or before February 13, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 22, 2006.