UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2351 (RCL) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of defendant Paula Fisher's Consent Motion [17] for Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, plaintiff's consent thereto, and the record herein, its is hereby

ORDERED that defendant Paula Fisher's Consent Motion [17] is GRANTED; and it is further

ORDERED that any answer, motion or other response to the complaint by defendant Paula Fisher shall be filed on or before February 27, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 24, 2006.