UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. No. 05 CV 02351 (RCL)** |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT
FOR  A SCHEDULING ORDER FROM THIS COURT OR
AN EXPEDITED RULE 16 SCHEDULING CONFERENCE

Pursuant to Federal Rules of Civil Procedure 16, plaintiff, Marilyn Seabrooks Myrdal, hereby moves this court for a scheduling order.  In the alternative, Plaintiff requests that the Court order the parties to conduct a conference pursuant to Federal Rule of Civil Procedure 16 and set a deadline by which defendants must comply with Rule 16 and provide initial discovery.  In compliance with local Rule 7(m) Plaintiff requested Defendant's consent to this motion via email and telephone call. Defendants do not consent to this motion.  *See* Exhibit "A."

**ARGUMENT**

The complaint in this case was served on November 9, 2005.  No discovery has been provided in this matter.

The parties are required to hold a Rule 16(b) conference.  Defendants refuse to participate in the Rule 16 conference.  *See* Exhibit "A," attached emails.  The defendants' refusal stymies an

1

effective case management system by denying an early conference. Rule 16(b), the initial step for establishing case management. The pre-motion conference model has proven itself repeatedly in those federal courts that embrace it and handle it efficiently. Rule 26(a)(1)-(4), Rules 26(b)(4), 26(g)(1), 37(a)(2)(A) and 37(c)(1) generally provide for "initial disclosure," "disclosure of expert testimony" and "pretrial disclosure." They are geared to move the case along and clear the docket.

Mydral requests the Court to expedite the Local Rule 16.3 conference.  It is not uncommon in this Circuit to grant motions to expedite.  *See, e.g. U.S. ex rel. Ortega v. Columbia Healthcare, Inc.*, 240 F.Supp.2d 8 (D.D.C. 2003);  *Alexander v. F.B.I.*, 1998 WL 1048982 (D.D.C. 1998); *Rothenberg v. Ralph D. Kaiser Co., Inc.*, 200 B.R. 461 (D.D.C. 1996); *Resolution Trust Corp. v. Burke*, 874 F.Supp. 23 (D.D.C. 1995).

Much has been written about the movement of cases through the litigation process and the congestion of the federal docket.  See SONYA SCATES AND RICHARD L. COFFMAN, *The Abuse of Rule 11 and Forum non Conveniens: Fast, Effective Relief for Federal Docket Congestion*, 7 Rev. Litig. 311 (1988); GALANTER, *The Day After the Litigation Explosion*, 46 MD. L. REV. 3 (1986); GINSBURG, *Reflections on the Independence, Good Behavior, and Workload of Federal Judges*, 55 COLO. L. REV. 1, 7 (1983); RUBIN, *Bureaucratization of the Federal Courts: The Tension Between Justice and Efficiency*, 55 Notre Dame L. Rev. 648, 648-49 (1980); DANIEL GLIMCHER, *Legal Dentistry: How Attorney's Fees and Certain Procedural Mechanisms Can Give Rule 68 the Necessary Teeth to Effectuate its Purposes*, 27 Cardozo L. Rev. 1449 (January 2006 Note).

This litigation can be completed and the docket congestion cleared if the relief requested is granted.  There is no reason for defendants to refuse to hold a Rule 16.

WHEREFORE, Myrdal respectfully requests that the motion be granted and the Court issue

a scheduling order.  In the alternative, Myrdal requests the parties be ordered to hold a Local Rule

16.3 meeting.

                                  Respectfully submitted,


                                    /s/ William P. Farley
                                  William P. Farley 466280
                                  Karl & Tarone
                                  900 17th Street, N.W.
                                  Suite 1250
                                  Washington, D.C. 20006
                                  (202) 293-3200

                                  Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     **v.** | ) **C.A. No. 05 CV 02351 (RCL)** |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**SCHEDULING ORDER**

Upon consideration of Plaintiff's Motion For an Expedited Rule 16 Scheduling Conference

or a Scheduling Order from this Court, Plaintiff's memorandum of points and authorities in support

thereof, the Defendant's opposition thereto, Plaintiff's Reply and the record herein, it is the ___ day

of _____ 2006 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that this case shall be placed on the "Standard" track; and it is further

**ORDERED** that the parties shall comply with initial disclosures required by Rule 26(a)(1),

F.R.Civ.P. within ten days; and it is further

**ORDERED** that all discovery shall be completed within 90 days after the parties provide the

initial disclosures required by Rule 26(a)(1), F.R.Civ.P.; and it is further

**ORDERED** that each party shall be permitted ten depositions; and it is further

**ORDERED** that each party shall be permitted forty-five interrogatories to be served on each

of the other respective parties; and it is further

**ORDERED** that all motions shall be filed no later than twenty days after the close of discovery; and it is further

**ORDERED** that the opposing party shall have two weeks to respond and to file any cross motion; and it is further

**ORDERED** that the party who filed the initial motion will then have one week to reply, and to oppose any cross-motion; and it is further

**ORDERED** that the other party will then have one week to file a reply; and it is further

**ORDERED** that the Pretrial Conference be held on _____, 2006.


_____
Judge Royce C. Lamberth
Federal District Court Judge - District of Columbia

Copies to:

William P. Farley
Farley@dccounselor.com
Counsel for Plaintiff

Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion For an Expedited Rule 16 Scheduling

Conference or a Scheduling Order from this Court was served on all parties by delivering a copy

thereof via the Court's electronic filing, on this 25th day of April 2006 to:


Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia




      /s/ William P. Farley
William P. Farley 466280
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 293-3200 (telephone)
(202) 429-1851 (fax)
farley@dccounselor.com
Counsel for Plaintiff