## Bill Farley

| | |
|---|---|
| **From:** | "Bill Farley" <wfarley@covad.net> |
| **To:** | <george.rickman@dc.gov>; "Kelly Hughes Iverson" <khi@gdldlaw.com>; <sjr@gdldlaw.com>; <mccantslaw@aol.com>; <patricia.jones@dc.gov> |
| **Sent:** | Wednesday, March 01, 2006 3:00 PM |
| **Attach:** | Rule.16.3.meeting.proposal.pdf |
| **Subject:** | Myrdal v. D.C. Rule.16.3 |

Dear Counsel,

Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please email me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
 -- George Washington

### STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.

## Bill Farley

**From:** "Bill Farley" <wfarley@covad.net>
**To:** <george.rickman@dc.gov>
**Sent:** Monday, January 09, 2006 12:08 PM
**Subject:** Consent for Motion to Compel Rule.16.3.meeting.proposal.pdf

Dear Mr. Rickman,

Please let me know by 5:00 p.m. today whether your client will consent to Plaintiff's Motion to Compel the required Rule 16.3 meeting.

We have not heard any response to our phone calls or emails seeking your cooperation in this matter.

Thank you.

William Farley

----- Original Message -----
From: Bill Farley
To: khi@gdldlaw.com ; george.rickman@dc.gov
Sent: Tuesday, December 27, 2005 4:44 PM
Subject: Rule 16.3 meeting.proposal.pdf

Dear Mr. Rickmand and Ms. Iverson,

Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please call me with your availability.

Thank you. heard any response

William P. Farley
at Karl & Tarone
900 17th Street, NW
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
  -- George Washington

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.

## Bill Farley

| | |
|---|---|
| **From:** | "Bill Farley" <wfarley@covad.net> |
| **To:** | <george.rickman@dc.gov> |
| **Sent:** | Monday, January 09, 2006 12:12 PM |
| **Attach:** | Rule.16.3.meeting.proposal.pdf |
| **Subject:** | Fw: Rule.16.3.meeting.proposal.pdf |

----- Original Message -----
**From:** Bill Farley
**To:** khi@gdldlaw.com ; george.rickman@dc.gov
**Sent:** Tuesday, December 27, 2005 4:44 PM
**Subject:** Rule.16.3.meeting.proposal.pdf

Dear Mr. Rickmand and Ms. Iverson,

Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please call me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
 -- George Washington

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.

## Bill Farley

**From:** "Rickman, George (OAG)" <george.rickman@dc.gov>
**To:** "'Bill Farley'" <wfarley@covad.net>; <mccantslaw@aol.com>; "Rickman, George (OAG)" <george.rickman@dc.gov>; <khi@gdldlaw.com>; <sjr@gdldlaw.com>; "Jones, Patricia (OAG/GL)" <patricia.jones@dc.gov>
**Sent:** Thursday, March 02, 2006 12:10 PM
**Subject:** RE: Myrdal v. D.C. Rule.16.3

Upon further review of the Federal and Local Rules regarding the scheduling of 16.3 statements, it is the District of Columbia's understanding that 16.3 conferences and reports are only required 21 days prior to the scheduling conference set by the court. The court has yet to set a scheduling conference in this case and therefore neither a report nor a conference is required. The rules clearly do not provide a basis for any motion to compel and given the District of Columbia's pending dispositive motion this defendant is opposed to any 16.3 conference and, of course, will oppose any motion to compel one filed on behalf of plaintiff.

Respectfully,

George E. Rickman
Assistant Attorney General, D.C.
Civil Litigation Division
General Litigation Section IV
202-442-9840

**From:** Bill Farley [mailto:wfarley@covad.net]
**Sent:** Thursday, March 02, 2006 9:40 AM
**To:** mccantslaw@aol.com; george.rickman@dc.gov; khi@gdldlaw.com; sjr@gdldlaw.com; patricia.jones@dc.gov
**Subject:** Re: Myrdal v. D.C. Rule.16.3

Kelly Hughes Iverson - Counsel for Defendant Watkins Security

Leonard Lewis McCants - Counsel for Defendant Hawk Security

George E. Rickman - Counsel for Defendant District of Columbia

Dear Counsel,

I have not heard from any counsel that they will engage in the Rule 16.3 conference. Please email your intentions immediately.

Mr. McCants has consented to the District of Columbia's motion to continue the proposed 16.3 without addressing Plaintiff's request for a meeting.

From the responses provide, or not provided, it is Plaintiff's understanding that all parties are refusing to engage in the Rule 16.3 meeting as required by the Court's rules.

Please contact me by noon today if your client intends to participate in the Rule 16.3 meeting.

We also understand that no party is consenting to our motion to compel the Rule 16.3 meeting. If our understanding is incorrect and your client will consent to Plaintiff's motion to compel, please contact us by noon today.

Thank you.

William Farley

> ----- Original Message -----
> From: mccantslaw@aol.com
> To: george.rickman@dc.gov wfarley@covad.net ; khi@gdldlaw.com ; sjr@gdldlaw.com ; patricia.jones@dc.gov
> Sent: Wednesday, March 01, 2006 6:39 PM
> Subject: Re: Myrdal v. D.C. Rule 16.3
>
> I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispostive motion.
>
> Leonard L. McCants
> McCants & Associates, LLC
> (301) 588-1850
>
> This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service
>
> 8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland * 20910 *
>
> Telephone (301) 588-1850 * Fax 495-7706
>
>> -----Original Message-----
>> From: Rickman, George (OAG) <george.rickman@dc.gov>
>> To: 'Bill Farley' <wfarley@covad.net>; Rickman, George (OAG) <george.rickman@dc.gov>; Kelly Hughes Iverson <khi@gdldlaw.com>; sjr@gdldlaw.com; mccantslaw@aol.com; Jones, Patricia (OAG/GL) <patricia.jones@dc.gov>
>> Sent: Wed, 1 Mar 2006 14:32:34 -0500
>> Subject: RE: Myrdal v. D.C. Rule 16.3
>>
>> The District intends file a motion continuing any conference required by Local Rule 16.3(a) until after the District's dispositive motion has been decided. What are your respective positions as to this motion?
>>
>> George E. Rickman
>> Assistant Attorney General, D.C.
>> 202-442-9840
>>
>>> From: Bill Farley [mailto:wfarley@covad.net]
>>> Sent: Wednesday, March 01, 2006 2:00 PM
>>> To: george.rickman@dc.gov; Kelly Hughes Iverson; sjr@gdldlaw.com; mccantslaw@aol.com; patricia.jones@dc.gov
>>> Subject: Myrdal v. D.C. Rule 16.3
>>>
>>> Dear Counsel
>>> Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please email me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
-- George Washington

STATEMENT OF CONFIDENTIALITY

contained

message and any attachments.

## Bill Farley

**From:** <mccantslaw@aol.com>
**To:** <george.rickman@dc.gov>; <wfarley@covad.net>; <khi@gdldlaw.com>; <sjr@gdldlaw.com>; <patricia.jones@dc.gov>
**Sent:** Wednesday, March 01, 2006 7:39 PM
**Subject:** Re: Myrdal v. D.C. Rule.16.3

I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispostive motion.

Leonard L. McCants
McCants & Associates, LLC
(301) 588-1850

This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service.

8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland* 20910 *

Telephone (301) 588-1850 * Fax 495-7706

-----Original Message-----
From: Rickman, George (OAG) <george.rickman@dc.gov>
To: 'Bill Farley' <wfarley@covad.net>; Rickman, George (OAG) <george.rickman@dc.gov>; Kelly Hughes Iverson <khi@gdldlaw.com>; sjr@gdldlaw.com; mccantslaw@aol.com; Jones, Patricia (OAG/GL) <patricia.jones@dc.gov>
Sent: Wed, 1 Mar 2006 14:32:34 -0500
Subject: RE: Myrdal v. D.C. Rule.16.3

The District intends file a motion continuing any conference required by Local Rule 16.3(a) until after the District's dispositive motion has been decided. What are your respective positions as to this motion?

George E. Rickman
Assistant Attorney General, D.C.
202-442-9840

---

**From:** Bill Farley [mailto:wfarley@covad.net]
**Sent:** Wednesday, March 01, 2006 2:00 PM
**To:** george.rickman@dc.gov; Kelly Hughes Iverson; sjr@gdldlaw.com; mccantslaw@aol.com; patricia.jones@dc.gov
**Subject:** Myrdal v. D.C. Rule.16.3

Dear Counsel,
Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please email me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
 -- George Washington

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.

## Bill Farley

| | |
|---|---|
| **From:** | "Rickman, George (OAG)" <george.rickman@dc.gov> |
| **To:** | "'Bill Farley'" <wfarley@covad.net>; "Rickman, George (OAG)" <george.rickman@dc.gov>; "Kelly Hughes Iverson" <khi@gdldlaw.com>; <sjr@gdldlaw.com>; <mccantslaw@aol.com>; "Jones, Patricia (OAG/GL)" <patricia.jones@dc.gov> |
| **Sent:** | Wednesday, March 01, 2006 3:32 PM |
| **Subject:** | RE: Myrdal v. D.C. Rule.16.3 |

The District intends file a motion continuing any conference required by Local Rule 16.3(a) until after the District's dispositive motion has been decided. What are your respective positions as to this motion?

George E. Rickman
Assistant Attorney General, D.C.
202-442-9840

---

**From:** Bill Farley [mailto:wfarley@covad.net]
**Sent:** Wednesday, March 01, 2006 2:00 PM
**To:** george.rickman@dc.gov; Kelly Hughes Iverson; sjr@gdldlaw.com; mccantslaw@aol.com; patricia.jones@dc.gov
**Subject:** Myrdal v. D.C. Rule.16.3

Dear Counsel,

Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please email me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
-- George Washington

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.

## Bill Farley

**From:** "Kelly Hughes Iverson" <khi@gdldlaw.com>
**To:** "Bill Farley" <wfarley@covad.net>
**Cc:** "Kelly Donohue" <kad@gdldlaw.com>
**Sent:** Saturday, March 04, 2006 11:59 AM
**Subject:** RE: Myrdal v. D.C. Rule.16.3

Mr. Farley:
I have been in trial and unavailable to review e-mails, and I'm just now seeing this exchange.
Further, the secretary to whom you were also cc'ing my e-mails, Sandra Ryan, is no longer working for us.

I'll take a look and see whether we have a position, but from everything I can determine, Watkins does not belong in this case. Will you consent to its dismissal? Or can you tell me why it is that you decided to name Watkins in the first place? I cannot justify expending time and incurring expenses on a case in which Watkins played no role.

I have an associate working with me on this matter, Kelly Donohue, whose e-mail address is kad@gdldlaw.com. If you would kindly remove the Sandra Ryan address from your list and add Ms Donohue, I would be most appreciative.

I look forward to hearing from you.

Kelly Hughes Iverson
410-783-4022


From: Bill Farley [mailto:wfarley@covad.net]
Sent: Thu 3/2/2006 9:40 AM
To: mccantslaw@aol.com; george.rickman@dc.gov; Kelly Hughes Iverson; Sandra Ryan; patricia.jones@dc.gov
Subject: Re: Myrdal v. D.C. Rule.16.3


Kelly Hughes Iverson - Counsel for Defendant Watkins Security

Leonard Lewis McCants - Counsel for Defendant Hawk Security

George E. Rickman - Counsel for Defendant District of Columbia


Dear Counsel,

I have not heard from any counsel that they will engage in the Rule 16.3 conference. Please email your intentions immediately.

Mr. McCants has consented to the District of Columbia's motion to continue the proposed 16.3 without addressing Plaintiff's request for a meeting.

>From the responses provide, or not provided, it is Plaintiff's understanding that all parties are refusing to engage in the Rule 16.3 meeting as required by the Court's rules.

Please contact me by noon today if your client intends to participate in the Rule 16.3 meeting.

We also understand that no party is consenting to our motion to compel the Rule 16.3 meeting. If our understanding is incorrect and your client will consent to Plaintiff's motion to compel, please contact us by noon today.

Thank you.

William Farley

----- Original Message -----
From: mccantslaw@aol.com
To: george.rickman@dc.gov ; wfarley@covad.net ; khi@gdldlaw.com ; sjr@gdldlaw.com ; patricia.jones@dc.gov
Sent: Wednesday, March 01, 2006 6:39 PM
Subject: Re: Myrdal v. D.C. Rule.16.3

I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispostive motion.

Leonard L. McCants
McCants & Associates, LLC
(301) 588-1850

This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service.

8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland* 20910 *

Telephone (301) 588-1850 * Fax 495-7706


-----Original Message-----
From: Rickman, George (OAG) <george.rickman@dc.gov>
To: 'Bill Farley' <wfarley@covad.net>; Rickman, George (OAG) <george.rickman@dc.gov>; Kelly Hughes Iverson <khi@gdldlaw.com>; sjr@gdldlaw.com; mccantslaw@aol.com; Jones, Patricia (OAG/GL) <patricia.jones@dc.gov>
Sent: Wed, 1 Mar 2006 14:32:34 -0500
Subject: RE: Myrdal v. D.C. Rule.16.3

The District intends file a motion continuing any conference required by Local Rule 16.3(a) until after the District's dispositive motion has been decided. What are your respective positions as to this motion?

George E. Rickman
Assistant Attorney General, D.C.
202-442-9840

---

From: Bill Farley [mailto:wfarley@covad.net]
Sent: Wednesday, March 01, 2006 2:00 PM
To: george.rickman@dc.gov; Kelly Hughes Iverson; sjr@gdldlaw.com; mccantslaw@aol.com; patricia.jones@dc.gov
Subject: Myrdal v. D.C. Rule.16.3

Dear Counsel,
Attached is a proposed report of the required Rule 16 meeting.

We would like to have a meeting by phone this week. Please email me with your availability.

Thank you.

William P. Farley
at Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
Tel: (202) 293-3200
Fax: (202) 429-1851

"It will be found an unjust and unwise jealousy to deprive a man of his natural liberty upon the supposition he may abuse it."
  -- George Washington

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Karl & Tarone immediately at (202) 293-3200 and destroy all copies of this message and any attachments.