IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendant District of Columbia's motion to stay all proceedings, including the parties' LCvR 16.3 meeting, the memorandum in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED:** that the defendant's motion to stay any further action in Civil Action No. 05-2351 is hereby granted; and it is,

**FURTHER ORDERED:** that all proceedings in Civil Action No. 05-2351 are hereby stayed until further order of this Court.

ROYCE LAMBERTH
United States District Court Judge