UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT WATKINS SECURITY AGENCY OF DC, INC. 'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Pursuant to Rules 41(a)(2) and 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7 and 56.1, Defendant Watkins Security Agency of DC, Inc., by and through undersigned counsel, files this Motion to Dismiss or, alternatively, for Summary Judgment. In support thereof, Defendant incorporates the attached Statement of Undisputed Material Facts and Memorandum of Points and Authorities as if fully set forth herein.

Respectfully submitted,

_____
Kelly Hughes Iverson DC Bar # 487816
Goodell, DeVries, Leech & Dann, LLP
One South St. 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 facsimile
Attorneys for Watkins Security Agency
of D.C., Inc.