UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT WATKINS SECURITY AGENCY OF DC, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant Watkins Security Agency of DC, Inc. ("Watkins Security"), through undersigned counsel and for the purposes of summary judgment, sets forth the material undisputed facts as follows.

1. Richard Hamilton was the President of Watkins Security at all relevant times to this matter, including April 2005. Affidavit of Richard Hamilton at ¶ 1 (A copy of which is attached hereto as Exhibit 1).

2. Richard Hamilton has direct knowledge of the sites at which Watkins Security provided security services in April 2005. Affidavit of Richard Hamilton at ¶ 2.

3. In April 2005, Watkins Security provided no security services at the District of Columbia Department of Health. Affidavit of Richard Hamilton at ¶ 3.

4. Watkins Security did not employee any security officer working at the District of Columbia Department of Health in April 2005. Affidavit of Richard Hamilton at ¶ 4.

5. Watkins Security did not employ Officers Roger Harris, Kim Taylor, or Security Supervisor Robert Stanley in April 2005. Affidavit of Richard Hamilton at ¶¶ 5, 6, and 7.

6. Watkins Security performed no work jointly with Hawk One Security, Inc. in April 2005. Affidavit of Richard Hamilton at ¶ 3.

Respectfully submitted,

_____
Kelly Hughes Iverson DC Bar # 487816
Goodell, DeVries, Leech & Dann, LLP
One South St. 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 facsimile
Attorneys for Watkins Security Agency
of D.C., Inc.
