UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN SEABROOKS MYRDAL             *

    Plaintiff                                          *

v.                                                              *        Civil Action No. 05CV-2351

DISTRICT OF COLUMBIA, et al.          *        Judge: Royce C. Lamberth

    Defendants                                     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### STIPULATION OF DISMISSAL

Plaintiff, Marilyn Seabrook Myrdal, and Defendants through undersigned counsel, stipulate pursuant to Fed. R. Civ. P. 41 (a) (1) to the dismissal without prejudice of all claims against Defendant, Watkins Security Agency of D.C., Inc. in the above-captioned action.

_____          _____
Kelly Hughes Iverson                                      William P. Farley
Goodell, DeVries, Leech & Dann, LLP        Karl & Tarone
One South St. 20th Floor                             900 17th Street, N.W., Suite 1250
Baltimore, Maryland 21202                         Washington, D.C. 20006
Attorney for Watkins Security Agency     Attorney for Plaintiff
of D.C., Inc.

_____          _____
Leonard L. McCants                                     George E. Rickman
McCants & Associates, LLC                        Assistant Attorney General for the
8701 Georgia Ave., Suite 801                     District of Columbia
Silver Spring, Maryland 20910                   441 4th Street, NW
Attorney for Hawk One                               6th Floor South
Security, Inc.                                                  Washington, D.C. 20001
                                                                  Attorney for District of Columbia

747272

DEFENDANT'S EXHIBIT