# Kelly Donohue

**From:** Kelly Donohue
**Sent:** Wednesday, May 10, 2006 9:38 AM
**To:** 'Rickman, George (OAG)'; 'melvin.bolden@dc.gov'
**Subject:** Myrdal v. District of Columbia, et al

Dear Mr. Rickman and Bolden:

I am writing with regard to my most recent request that the District and Ms. Fisher consent to the dismissal of Watkins Security from the above-referenced case or provide me a reason for any such denial. I have not received a response either way. If you would be so kind as to contact me before the end of the day today I would be most appreciative.

Thank you in advance for your cooperation.

Kelly Donohue


IMPORTANT CONFIDENTIALITY NOTICE
This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
contains information that may be privileged, confidential,
and protected from disclosure under applicable law. If the
reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication
is strictly prohibited.

If you have received this communication in error, please
reply to the sender that you have received the message in
error and delete the message, or notify us immediately at
our telephone number: (410)783-4000.


DEFENDANT'S EXHIBIT 3

# Kelly Donohue

| | |
|---|---|
| **From:** | Rickman, George (OAG) [george.rickman@dc.gov] |
| **Sent:** | Monday, May 01, 2006 2:33 PM |
| **To:** | Kelly Donohue |
| **Subject:** | RE: Mrydal v. District of Columbia, et al |

Ms. Donohue: I see you are aware that I represent the District of Columbia ("District") and not Ms. Fisher. I apologize for not getting back to you concerning your request that I agree, on behalf of the District, to the voluntary dismissal of your client. I sincerely apologize for any delay in responding to your request, but because of other very pressing matters, this case has not received the attention it certainly deserves. I am making inquiries to verify your assertions, and once I receive further information, I can respond to your request. Again, I extend my most sincere apologies and will get back to you as soon as practicable.

Respectfully,

George E. Rickman
Assistant Attorney General, D.C.
Civil Litigation Division
General Litigation Section IV
202-442-9840

---

**From:** Kelly Donohue [mailto:kad@GDLDLAW.com]
**Sent:** Monday, May 01, 2006 2:05 PM
**To:** george.rickman@dc.gov; melvin.bolden@dc.gov
**Subject:** Mrydal v. District of Columbia, et al


Dear Mr. Rickman and Bolden:

I am writing to request your authority to execute a stipulation dismissing Watkins Security Agency of D.C., Inc. from the above-referenced case. As I previously indicated, the Plaintiff has agreed to dismiss Watkins Security from this case because it was improperly named, as it did not employee the security officers whose conduct is at issue. Counsel for Hawk One Security has similarly agreed to dismiss Watkins.

If you would be so kind as to provide me with your authorization to dismiss Watkins Security from this case, I would be most appreciative. Our investigation has revealed no reason to keep Watkins Security a party to this action. If there is some reason that you cannot provide me authority to sign the stipulation of dismissal on behalf of the District and Paula Fisher, please contact me at your earliest convenience so that we can discuss your concerns. If I do not receive a response from you within the week I will need to move for summary judgment.

Thank you in advance for your cooperation.

Best wishes,
Kelly Donohue

IMPORTANT CONFIDENTIALITY NOTICE
This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
contains information that may be privileged, confidential,
and protected from disclosure under applicable law. If the
reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to

5/10/2006

the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message, or notify us immediately at our telephone number: (410)783-4000.

5/10/2006

## John Gilman

**From:** Kelly Donohue
**Sent:** Wednesday, May 10, 2006 10:54 AM
**To:** Bolden, Melvin (OAG)
**Subject:** RE: Myrdal v. District of Columbia, et al

Dear Mr. Bolden:

Thank you for the response.

What kind of information do you require and I will do my best to accommodate you? As you are aware, Richard Hamilton executed an affidavit demonstrating that Watkins had no involvement with the security services provided at the Department of Health and did not employ the security officers whose actions are at issue. This affidavit was satisfactory for the Plaintiff and Hawk-One to consent to dismissal of Watkins. What additional information might you require to feel you have sufficient information?

Thanks,
Kelly Donohue

---

**From:** Bolden, Melvin (OAG) [mailto:Melvin.Bolden@dc.gov]
**Sent:** Wednesday, May 10, 2006 10:46 AM
**To:** Kelly Donohue
**Subject:** RE: Myrdal v. District of Columbia, et al

Fisher lacks information sufficient to consent. It will be necessary to review the motion .

---

**From:** Kelly Donohue [mailto:kad@GDLDLAW.com]
**Sent:** Wednesday, May 10, 2006 10:23 AM
**To:** Rickman, George (OAG); melvin.bolden@dc.gov
**Subject:** Myrdal v. District of Columbia, et al

Dear Mr. Rickman and Bolden:

Please be advised that we intend to file a motion today seeking dismissal of Watkins from this case. Please contact me promptly if I have your consent to dismiss Watkins.

Thank you,
Kelly Donohue

IMPORTANT CONFIDENTIALITY NOTICE
This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
contains information that may be privileged, confidential,
and protected from disclosure under applicable law. If the
reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication

5/10/2006

is strictly prohibited.

If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message, or notify us immediately at our telephone number: (410)783-4000.

5/10/2006