UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE DISTRICT OF COLUMBIA, et al.** )<br>)<br>)<br>**Defendants.** )<br>) | C.A. No. 05 CV 02351 (RCL) |

**PLAINTIFF'S OPPOSITION TO WATKIN'S MOTION TO DISMISS**

Plaintiff, Marilyn Seabrooks Myrdal, hereby files her opposition to Defendant Watkins Security Agency of D.C., Inc.'s Motion to Dismiss, or Alternatively Summary Judgment. Watkins has moved for this matter to be dismissed with prejudice. As no discovery has been taken, Plaintiff asks that Watkins be dismissed **without** prejudice or that discovery be ordered to commence immediately prior to making any summary judgment determinations.

**ARGUMENT**

No discovery has been taken in this matter, Defendants have refused to attend the mandatory Rule 16 meeting. Thus, a motion for summary judgment is not available absent discovery on all the issues raised in Watkins' motion.

The other relief requested by Watkins was made in a motion to dismiss. The Court may dismiss a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) only if "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to

relief." *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957); *Kowal v. MCI Communications Corp.*, 16 F.3d 1271, 1276 (D.C.Cir.1994). Accordingly, the Court must accept as true all of the factual allegations set forth in the complaint. *Doe v. United States Dep't of Justice*, 753 F.2d 1092, 1102 (D.C.Cir.1985).

Watkins does not dispute that Myrdal has made out claims against them, indeed they concede that she has. Discovery could reveal that Watkins had responsibility for security guards in this matter. However, rather than force Watkins to waste resources defending a suit that they claim they were not involved with, Myrdal agreed to dismiss Watkins from this action **without prejudice**.

Plaintiff does not object to Watkins' Motion to Dismiss being granted **without** prejudice. Without discovery, she does oppose the relief requested by Watkins.

WHEREFORE, Myrdal requests that the motion to dismiss be granted without prejudice. In the alternative, Myrdal asks to be permitted to take discovery so she can properly respond to any request to dismiss this matter with prejudice.

Respectfully submitted,

   /s/
William P. Farley 466280
Karl & Tarone
900 17th Street, N.W.
Suite 1250
Washington, D.C. 20006
(202) 293-3200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | **C.A. No. 05 CV 02351 (RCL)** |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al.**   ) | |
| ) | |
| ) | |
| **Defendants.**   ) | |
| ) | |

**ORDER**

Upon consideration of Defendant Watkins Security Agency of D.C., Inc.'s Motion to Dismiss, or Alternatively Summary Judgment, Plaintiff's opposition thereto, and the record herein, it is the ___ day of _____ 2006 hereby:

**ORDERED** that the Defendant's motion be and hereby is **DENIED**; and it is further

**ORDERED** that Defendant Watkins Security Agency of D.C., Inc. is dismissed from this matter **without prejudice**.

_____
Judge Royce C. Lamberth
Federal District Court Judge - District of Columbia

Copies to:

William P. Farley
Farley@dccounselor.com
Counsel for Plaintiff

Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Opposition to Defendant Watkins Security Agency of D.C., Inc.'s Motion to Dismiss, or Alternatively Summary Judgment was served on all parties by delivering a copy thereof via the Court's electronic filing, on this 24th day of May 2006 to:

Kelly Hughes Iverson
khi@gdldlaw.com
sjr@gdldlaw.com
Counsel For Defendant Watkins Security

Leonard Lewis McCants
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman
george.rickman@dc.gov
patricia.jones@dc.gov
Counsel for Defendant District of Columbia

　　　/s/
William P. Farley 466280
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 293-3200 (telephone)
(202) 429-1851 (fax)
Counsel for Plaintiff