UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT WATKINS SECURITY AGENCY OF DC, INC. 'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR, ALTERNATIVELY, FOR <u>SUMMARY JUDGMENT</u>

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Defendant Watkins Security Agency of DC, Inc. ("Watkins Security"), by and through undersigned counsel, files this Reply to Plaintiff's Opposition to Motion to Dismiss or, alternatively, for Summary Judgment and in support thereof states:

Plaintiff Marilyn Seabrooks Myrdal has expressly requested and agreed that Defendant Watkins Security should be dismissed without prejudice from this action. Furthermore, the time for filing any opposition to Defendant Watkins Security's Motion has expired without opposition from Defendant the District of Columbia and/or Defendant Paula Senior Fisher. Therefore, at a minimum, Watkins Security should be dismissed from this case without prejudice.

Defendant Watkins Security is amenable to this Court granting its Motion to Dismiss with prejudice, or alternatively, for Summary Judgment, but is also amenable to a dismissal without prejudice. Therefore, Defendant Watkins Security has enclosed a copy of the proposed Order attached to its original Motion as well as a proposed Order, in accordance with the Plaintiff's request, dismissing this Defendant without prejudice for review and determination by this Court.

Respectfully submitted,

_____
Kelly Hughes Iverson DC Bar #487816
Goodell, DeVries, Leech & Dann, LLP
One South St. 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
(410) 783-4040 facsimile
Attorneys for Watkins Security Agency
of D.C., Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 6th day of June, 2006, a copy of Defendant Watkins Security Agency of DC, Inc.'s Reply to Plaintiff's Opposition to Motion to Dismiss or, alternatively, for Summary Judgment and proposed Orders was served, via U.S. Mail, postage prepaid, to:

William P. Farley
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
**Attorney for Plaintiff**

Leonard L. McCants
McCants & Associates, LLC
8701 Georgia Ave., Suite 801
Silver Spring, Maryland 20910
**Attorney for Hawk One Security, Inc.**

George E. Rickman
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for District of Columbia**

Melvin Bolden, Jr.
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for Paula Senior Fisher**

Kelly Hughes Iverson