UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Defendant Watkins Security Agency of DC, Inc.'s Motion to Dismiss or, alternatively, for Summary Judgment and any Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and judgment is entered in favor of Defendant Watkins Security Agency of DC, Inc. All allegations and counts in the Complaint relating to Defendant Watkins Security Agency of DC, Inc. are dismissed with prejudice.

_____
Hon. Royce C. Lamberth
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Columbia

Date:_____

cc:

William P. Farley
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
**Attorney for Plaintiff**

Kelly Hughes Iverson
Goodell, DeVries, Leech & Dann, LLP
One South St. 20th Floor
Baltimore, Maryland 21202
**Attorneys for Watkins Security Agency
of D.C., Inc.**

Leonard L. McCants
McCants & Associates, LLC
8701 Georgia Ave., Suite 801
Silver Spring, Maryland 20910
**Attorney for Hawk One
Security, Inc.**

George E. Rickman
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for District of Columbia**

Melvin Bolden, Jr.
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for Paula Senior Fisher**

766708

2