IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 05-2351 (RCL) |

ORDER

Upon consideration of the defendant District of Columbia's motion for leave to file its opposition to Watkins' Security's dispositive motion out of time, any opposition thereto, any reply, the facts the law and the record herein, it is this _____ day of _____, 2006, and it is,

**ORDERED:** that the defendant District of Columbia's motion for leave to file its opposition out of time is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the defendant District of Columbia shall file its opposition to co-defendant Watkins' Security's to dismiss, or in the alternative, motion for summary judgment on or before July 19, 2006.

ROYCE LAMBERTH
Untied States District Court Judge