UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PRAECIPE

On May 15, 2006, Defendant Watkins Security Agency of D.C., Inc. filed a Motion to Dismiss or Alternatively for Summary Judgment in the above-captioned case. Attached hereto is a complete copy of Exhibit 1, Affidavit of Richard Hamilton, to Defendant Watkins Security Agency of D.C., Inc.'s Motion to Dismiss or Alternatively for Summary Judgment.

Kelly Hughes Iverson, Bar #487816
Goodell DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202-3201
(410) 783-4000
*Attorneys for the Defendant*
*Watkins Security Agency of D.C., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October 2006, a copy of the foregoing fully executed Praecipe was served electronically and by first-class mail to:

William P. Farley, Esquire
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
**Attorney for Plaintiff**

Leonard L. McCants, Esquire
McCants & Associates, LLC
8701 Georgia Ave., Suite 801
Silver Spring, Maryland 20910
**Attorney for Hawk One Security, Inc.**

George E. Rickman, Esquire
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for District of Columbia**

Melvin Bolden, Jr., Esquire
Assistant Attorney General for the
District of Columbia
441 4th Street, NW
6th Floor South
Washington, D.C. 20001
**Attorney for Paula Senior Fisher**

_____
Kelly Hughes Iverson

797635

2