UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 05CV-2351 |
| DISTRICT OF COLUMBIA, et al. | * | Judge: Royce C. Lamberth |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF RICHARD HAMILTON

I, Richard Hamilton, am over the age of 18 years and am competent to testify to the matters contained herein:

1. I am the President of Watkins Security Agency of DC, Inc. ("Watkins"), a position I also held in April, 2005.

2. I am familiar with the sites at which Watkins provided security services in April, 2005.

3. Watkins Security Agency of DC, Inc. did not work jointly with Hawk One Security, Inc.

4. Watkins Security Agency of DC, Inc. did not provide security officers at the District of Columbia Department of Health in April 2005.

5. Watkins Security Agency of DC, Inc. did not employ Officer Roger Harris in April 2005.

6. Watkins Security Agency of DC, Inc. did not employ Officer Kim Taylor in April 2005.



7.  Watkins Security Agency of DC, Inc. did not employ Security Supervisor Robert Stanley in April 2005.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

Date: 1-16-06

Richard Hamilton, President
Watkins Security Agency of DC, Inc.

723050