UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the defendant District of Columbia's motion [24] to stay all proceedings, including the parties' LCvR 16.3 meeting, the memorandum in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this 24th day of October 2006, and it is,

ORDERED: that the defendant's motion to stay any further action in Civil Action No. 05-2351 is hereby DENIED.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.