UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN SEABROOKS MYRDAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2351 (RCL) |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| Defendants. | ) | |

**ORDER**

Having considered defendant Watkins Security Agency of DC, Inc.'s Motion to Dismiss or, alternatively, for Summary Judgment and any opposition thereto, it is hereby ORDERED that the Motion to Dismiss [25] is GRANTED. All allegations and counts in the Complaint relating to defendant Watkins Security Agency of DC, Inc. are dismissed without prejudice. The Motion for Summary Judgment [26] is denied as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.