UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN SEABROOKS MYRDAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2351 (RCL) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the defendant District of Columbia's motion [29] for leave to file its opposition to Watkins Security Agency of DC, Inc.'s dispositive motion out of time, any opposition thereto, any reply, the facts, the law, and the record herein, it is this 24th day of October 2006, and it is,

ORDERED: that the defendant District of Columbia's motion for leave to file its opposition out of time is hereby GRANTED *nunc pro tunc*,

FURTHER ORDERED: that the defendant District of Columbia shall file its opposition to co-defendant Watkins Security Agency of DC, Inc.'s motion to dismiss, or in the alternative, motion for summary judgment on or before July 19, 2006.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.