UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| **THE DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**JOINT STATEMENT OF THE PARTIES RULE 16.3 MEETING**

Pursuant to the Rules of the Court, counsel for the parties submit this report and a draft order.

**1. Dispositive Motions**

Plaintiff intends to file dispositive motions after discovery is conducted. The defendant District of Columbia will file its dispositive motion when it deems it is appropriate to do so.

**2. Joinder and Amendment**

Plaintiff does not plan to join any parties or amend the pleadings, but reserves the right to do so if other parties are identified in discovery. The District of Columbia reserves the right to amend its answer.

**3. Assignment to Magistrate Judge**

1

The parties agree this case should not be assigned to a Magistrate Judge. The parties do not oppose mediation by a Magistrate Judge as the method of alternative dispute resolution.

### 4. Settlement

The parties are unsure at this time whether there is a realistic possibility of settlement.

### 5. ADR

The parties agree that mediation before a Magistrate Judge could be beneficial after the Court decides all dispositive motions filed by the parties. Pre-trial proceedings should not be stayed during ADR.

### 6. Motions Schedule

The parties agree that the case, or portions of the case, may be resolved by a motion for summary judgment, depending on the information disclosed during discovery. All dispositive motions with supporting briefs and exhibits, if any, must be served and filed no later than 20 days after the close of discovery. Opposition briefs and exhibits, if any, must be served and filed within 14 days after service of the dispositive motions and supporting briefs. Reply briefs and exhibits, if any, must be served and filed within 7 days after service of the opposition briefs.

The District of Columbia and Paula Senior Fisher requests that all dispositive motions with supporting briefs and exhibits, if any, must be served and filed no later than 45 days after the close of discovery. Opposition briefs and exhibits, if any, must be served and filed within 20 days after service of the dispositive motions and supporting briefs. Reply briefs and exhibits, if any, must be served and filed within 14 days after service of the opposition briefs.

### 7. Initial Disclosure

The parties agree that the initial disclosures required by Rule 26(a)(1) and Local Rule LCvR 26.2(a) should be made within 10 days of the entry of a scheduling order.

## 8. Anticipated Extent of Discovery:

**Number of interrogatories:** Plaintiffs ask that each side may serve up to 35 interrogatories on each of the respective parties. The District of Columbia asks that it be allowed to propound 25 interrogatory questions on plaintiff, and that plaintiff be limited to 25 depositions. The District of Columbia would further reserve the right to propound 25 interrogatories on any cross-claimant or defendant should the need arise. Paula S. Fisher asks that she be permitted to propound 25 interrogatories to each party and be allowed 5 depostions.

*Number and length of depositions:* Plaintiffs ask that each side should be allowed to take 10 depositions, excluding expert depositions. Duration of each deposition shall not exceed one day of seven hours. The District of Columbia asks that each side be limited to 5 depositions, duration of each deposition shall not exceed one day or 7 hours. The District of Columbia further reserves the right to conduct 5 depositions of any cross-claimants.

*Length of Discovery:* Plaintiffs believe that all discovery, except expert depositions, should be completed within 90 days from the Court's entry of the Scheduling Order. The District of Columbia and Ms. Senior Fisher believe that all discovery, excluding expert depositions, should be completed within 180 days of the entry of the Scheduling Order.

## 9. Expert Witnesses

The parties agree that reports pursuant to Federal Rule of Civil Procedure 26(a)(2) by Defendant's retained experts and any other information required by Rule 26(a)(2) are due 30 days after receipt of Plaintiff's experts' reports. Depositions of expert witnesses, if any, must be completed no later than 30 days before the pretrial conference.

Ms. Senior Fisher and the District of Columbia request that plaintiff submit her Rule 26 report within 30 days of the entry of the scheduling order.

10. Class Action

This is not a class action.

**11. Bifurcation**

The plaintiff believes that bifurcation does not appear appropriate at this time. The District of Columbia reserves the right to seek bifurcation.

**12. Pretrial**

The parties agree that the pretrial conference could be held within 20 days after close of discovery if no dispositive motions are filed.  If a dispositive motion is filed, then the Court should schedule the pretrial within 20 days after the court's decision on any dispositive motions that may be filed, or at the Court's convenience.

**13. Trial Date**

Plaintiff asks the Court to schedule the trial date should be set at the initial scheduling conference.  The District of Columbia asks that the trial date be set at the Pretrial Conference. Paula S. Fisher asks that  at the  a trial date be set at a status conference if this case is not resolved by dispositive motion or mediation.

**14. Proposed Order.**

**A proposed order is submitted herewith.**


**Respectfully submitted,**

| **William P. Farley**<br>**D.C. Bar # 466280**<br>**Law Office of William P. Farley, P.C.**<br>**1350 Connecticut Ave., N.W., Suite 200**<br>**Washington, DC 20036**<br>**Telephone: (202) 775-1550**<br>**Fax: (202) 775-0008** | **Leonard L. McCants - #328526**<br>**8701 Georgia Avenue**<br>**Suite 801**<br>**Silver Spring, Maryland 20910**<br>**Attorney for Defendant Hawk** |

4

| **Attorney for Plaintiff** | |
|---|---|
| KIMBERLY M. JOHNSON (#435163)<br>Section Chief, General Litigation Section I<br><br>Melvin W. Bolden, Jr.<br>_____<br>MELVIN W. BOLDEN, JR. (192179)<br>Assistant Attorney General<br>441 Fourth St., N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>( 202) 724-5695<br>Counsel for Paula S. Fisher | **EUGENE A. ADAMS**<br>**Interim Attorney General for the District of Columbia**<br>**GEORGE C. VALENTINE**<br>**Deputy Attorney General, D.C.**<br>**Civil Litigation Division**<br>**PATRICIA A. JONES #428132**<br>**Civil Litigation Division**<br>**Chief, General Litigation Section IV**<br>_____<br>**GEORGE E. RICKMAN #433298**<br>**Assistant Attorney General**<br>**Civil Litigation Division**<br>**General Litigation Section IV**<br>**P.O. Box 14600**<br>**Washington, DC 20044-4600**<br>**202-442-9840/fax 202-727-3625**<br>**Counsel for Defendant** |

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. ) **C.A. No. 05 CV 02351 (RCL)**<br>)<br>**THE DISTRICT OF COLUMBIA, et al.,** )<br>)<br>)<br>**Defendants.** )<br>) | |

**ORDER**

Upon consideration of the Report of the Rule 16.3 Conference, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED that this case shall be placed on the "Standard" track; and it is further,

ORDERED that the parties shall comply with initial disclosures required by F.R.Civ.P. Rule 26(a)(1), within ten days of this Court's order; and it is further,

ORDERED that all discovery shall be completed within 90/180 days after the parties provide the initial disclosures required by F.R.Civ.P. 26(a)(1),; and it is further,

ORDERED that each party shall be permitted ten/five depositions; and it is further,

ORDERED that each party shall be permitted thirty-five/twenty-five interrogatories to be served on each of the other respective parties; and it is further,

**[ORDERED that plaintiff's expert witness designations are due within 30 days of the entry of this order. Defendants expert witness designations are due 30 days after receipt of plaintiff's designation.]**

ORDERED that all motions shall be filed no later than twenty [or 45] days after the close of discovery; and it is further,

ORDERED that the opposing party shall have two weeks [or 20 days] to respond; and it is further,

ORDERED that the party who filed the initial motion will then have one week [or 14 days] to reply, and it is further,

**[ORDERED that in the event that this matter is not resolved by mediation or dispositive motion, a status call shall be set by the Court to schedule a pretrial conference and trial date.]**

ORDERED that the Pretrial Conference be held on _____, 2006.

 

_____
ROYCE LAMBERTH
U.S. District Court Judge