UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN SEABROOKS MYRDAL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2351 (RCL) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

Upon consideration of the Report of the Rule 16.3 Conference, and the entire record herein, it is this 30th day of November 2006, hereby

ORDERED that the parties shall comply with initial disclosures required by F. R. Civ. P. 26(a)(1), within ten days of this Court's order; and it is further

ORDERED that all discovery shall be completed within 90 days after the parties provide the initial disclosures required by F. R. Civ. P. 26(a)(1); and it is further

ORDERED that each party shall be permitted five depositions; and it is further

ORDERED that each party shall be permitted twenty-five interrogatories to be served on each of the other respective parties; and it is further

ORDERED that all motions shall be filed no later than twenty days after the close of discovery; and it is further

ORDERED that the opposing party shall have two weeks to respond; and it is further

ORDERED that the party who filed the initial motion will then have one week to reply; and it is further

ORDERED that a status conference be held after disposition of any dispositive motion(s), at which time dates for pretrial and trial will be set.

Signed by Royce C. Lamberth, United States District Judge, November 30, 2006.