IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| MARILYN MYRDAL, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Civil Action No. 05-2351 | |
| | ) | | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## THE DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION TO ENLARGE THE TIME IN WHICH TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY

Defendant District of Columbia ("District"), by and through undersigned counsel, hereby move this court with plaintiff's consent, and pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time in which to respond to plaintiff's written discovery. This defendant is unable to complete discovery by the prescribed deadline, and seeks an additional twenty (20) days within which to respond to the outstanding discovery. A memorandum in support of this defendant's motion is hereto attached.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

PATRICIA A. JONES #428132
Chief, General Litigation Section IV
Civil Litigation Division

GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor South
Washington, D.C. 20001
202-442-9840; 202-727-6295

Local Rule 7 (m) Certification

I do hereby certify that on January 18, 2007, plaintiff's counsel, William Farley, Esq., was contacted in effort to obtain his consent to the relief sought herein. Mr. Farley informed the undersigned that he consents to an enlargement of fourteen (14) days.

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
THE DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION
TO ENLARGE THE TIME IN WHICH TO RESPOND TO PLAINTIFF'S WRITTEN
DISCOVERY

In support of its motion to enlarge the time in which to respond to plaintiff's written discovery, this defendant states as follows:

1. On or about December 21, 2006, one week before the Christmas holiday, plaintiff served on the District her first set of interrogatories and requests for the production of documents.

2. Pursuant to Fed. R. Civ. P. 33 and 34, a party has thirty days within which to respond to written discovery, plus three days for mailing. Therefore, this defendant's responses to plaintiff's written discovery is due on January 25, 2007.

3. This defendant is unable to complete its responses to plaintiff's written discovery prior to the expiration of the prescribed period because of undersigned's scheduled leave, the intervening holidays, and the press of other business. This defendant therefore requests an additional twenty (20) days, plus 3 days for mailing, or until February 20, 2007, in which to complete its responses to plaintiff's written discovery.

4.  Plaintiff consents to an enlargement of fourteen (14) days, or until February 5, 2007, to complete the District's responses to written discovery.

5.  Under Fed. R. Civ. P. 6(b)(1):

> "…by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by previous order…"

6.  This motion is being made prior to the time prescribed by Fed. R. Civ. P. 33 and 34 and is made with plaintiff's partial consent.

7.  No party will suffer undue prejudice should the Court grant the relief herein sought.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES #428132
Chief, General Litigation Section IV
Civil Litigation Division

_____
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor South
Washington, D.C. 20001
202-442-9840; 202-727-6295