IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                      |     |                          |
|--------------------------------------|-----|--------------------------|
| MARILYN MYRDAL,                      | )   |                          |
|                                      | )   |                          |
| Plaintiff,                           | )   |                          |
|                                      | )   |                          |
| v.                                   | )   | Civil Action No. 05-2351 |
|                                      | )   |                          |
| THE DISTRICT OF COLUMBIA, *et al*.,  | )   |                          |
|                                      | )   |                          |
| Defendants.                          | )   |                          |

ORDER

Upon consideration of the defendant District of Columbia's motion to enlarge the

time in which to respond to plaintiff's written discovery, plaintiff's partial consent, any

opposition thereto, any reply, the facts, the law and the record herein, it is this_____

_____day of_____2007, and it is;

**ORDERED:** that the defendant District of Columbia's motion to enlarge the time

to respond to plaintiff's written discovery is hereby granted; and it is,

**FURTHER ORDERED:** that the defendant District of Columbia shall respond to

plaintiff's written discovery on or before February 20, 2007.

ROYCE LAMBERTH
United States District Court Judge