UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2251 (RCL) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

DEFENDANT PAULA SENIOR FISHER'S MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
DISCOVERY

Defendant, Paula. Senior Fisher, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) for a 30 day enlargement of time in which to respond Plaintiff's First Request for the Production of Documents to Defendant Paula Senior Fisher and Plaintiff's First Set of Interrogatories to defendant Paula Senior Fisher. Responses are due on January 25, 2007. Defendant requests up to and including February 26, 2007. No previous request for an enlargement has been made in this matter. Plaintiff's counsel has been contacted and he does not consent to the requested relief.

The aforementioned documents were mailed on December 22, 2006, shortly before the seasonal holidays. They arrived in the Office of the Attorney General during the time defense counsel was out of the Office on scheduled leave. Upon his return from scheduled leave defense counsel was required to spend time on a number of other pre-existing matters which made it impossible to confer with his client and complete responses to plaintiff's written discovery during the prescribed period.

Wherefore, defendant Paula S. Fisher respectfully requests that this Court expand the time to serve responses to the plaintiff's written discovery up to and including February 26, 2007.

       Respectfully submitted,

       LINDA SINGER
       Acting Attorney General for
       the District of Columbia


       GEORGE C. VALENTINE
       Deputy Attorney General
       Civil Litigation Division

       Kimberly M. Johnson
       _____
       KIMBERLY M. JOHNSON (#435163)
       Section Chief, General Litigation Section I

       Melvin W. Bolden, Jr.
       _____
       MELVIN W. BOLDEN, JR. ( # 192179)
       Assistant Attorney General
       441 Fourth St., N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 724-5695

## CERTIFICATE OF SERVICE

I certify that on the 24nd day of January, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on William Farley, Esquire..

       _____
       Melvin W. Bolden, Jr.
       Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 05-2351(RCL) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
DEFENDANT PAULA  SENIOR FISHER'S MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
DISCOVERY

Defendant Paula S. Fisher states as follows:

1. On  or about December 21, 2006, plaintiff apparently placed in the U.S. Mail Plaintiff's First Request for the Production of Documents to Defendant Paula Senior Fisher and  Plaintiff's First Set of Interrogatories to defendant Paula Senior Fisher. The aforementioned  discovery arrived while counsel for defendant Fisher was on scheduled leave. Upon defense counsel's return from scheduled leave he was required to devote his time to a wide variety of pre-existing matters  which  will prevent him from conferring with his client  and completing the discovery in a timely manner.

2. Responses to the discovery are due on January 25, 2007.  Defendant Fsher requests until February 26, 2007 to serve responses to the aforementioned written discovery on plaintiff.  Defense counsel contacted plaintiff's counsel. Plaintiff does not consent to the relief requested.

3. Pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1), the "Court for good cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by previous order..

4. Discovery in this case does not end until March 10, 2007. Thus, no party will suffer prejudice should the Court grant the relief requested herein. .

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    Kimberly M. Johnson
    _____
    KIMBERLY MATTHEWS JOHNSON ( #435163)
    Section Chief, General Litigation Section I

    Melvin W. Bolden, Jr.
    _____
    MELVIN W. BOLDEN, JR. (# 192179  )
    Assistant Attorney General
    441 Fourth St., N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) Civil No. 1: 05C-2251(RCL |
| | ) |
| DISTRICT OF COLUMBIA et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of the Defendant Paula S. Fisher's Motion for Enlargement of Time to Respond to Discovery, plaintiff's opposition thereto, and the record herein, it is by the Court, this ___ day of January, 2007,

ORDERED: that the Motion for Enlargement of Time to Respond to Discovery, be and hereby is GRANTED; and it is

FURTHER ORDERED: that defendant Paula S. Fisher shall have up to and including February 26, 2007, to serve responses to plaintiff's first set of interrogatories and request for production of documents.

_____
ROYCE C. LAMBERTH
United States District Judge