UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-02351 (RCL) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT PAULA SENIOR FISHER'S MOTION FOR FURTHER ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

Defendant, Paula. Senior Fisher, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) for a further enlargement of time in which to respond Plaintiff's First Request for the Production of Documents and Plaintiff's First Set of Interrogatories to defendant Paula Senior Fisher.  Responses are due on February 26, 2007. Defendant Fisher requests up to and including March 7, 2007.  One previous request for an enlargement has been made in this matter. An attempt was made to contact plaintiff's counsel, but at the time of the filing of this motion he has not responded. Responses to the discovery have been drafted but additional time is needed to finalize the defendant's responses.

Wherefore, defendant Paula S. Fisher respectfully requests that this Court expand the time to serve responses to the plaintiff's written discovery up to and including March 7, 2007.

       Respectfully submitted,

       LINDA SINGER
       Acting Attorney General for
       the District of Columbia


       GEORGE C. VALENTINE
       Deputy Attorney General
       Civil Litigation Division

       Kimberly M. Johnson
       _____

       KIMBERLY M. JOHNSON (#435163)
       Section Chief, General Litigation Section I

       Melvin W. Bolden, Jr.
       _____

       MELVIN W. BOLDEN, JR. ( # 192179)
       Assistant Attorney General
       441 Fourth St., N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 724-5695

## CERTIFICATE OF SERVICE

     I certify that on the 26th day of February, 2007, a copy of the foregoing motion, with memorandum and proposed order was electronically served on William Farley, Esquire.

       Melvin W. Bolden, Jr.
       _____

       Melvin W. Bolden, Jr.
       Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No. 05-2351 (RCL) |
| v. | ) <br> ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
DEFENDANT PAULA SENIOR FISHER'S MOTION FOR
FURTHER ENLARGEMENT OF TIME TO RESPOND TO
DISCOVERY

Defendant Paula S. Fisher states as follows:

1. Responses to Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Request for the Production of Documents are due on February 26, 2007. Defendant Fisher requests five additional work days up to and including March 7, 2007, to serve responses to the aforementioned written discovery on plaintiff. An attempt was made to contact plaintiff's counsel, but at the time of the filing of this motion he has not responded.

2. Responses to the discovery have been drafted but additional time is needed to finalize the defendant's responses.

3. Pursuant to Federal Rules of Civil Procedure, Rule 6(b) (1), the "Court for good cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period

originally prescribed or as extended by previous order.

    4    No party will suffer prejudice should the Court grant the relief requested herein.

                          Respectfully submitted,

                          LINDA SINGER
                          Acting Attorney General for the
                          District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General
                          Civil Litigation Division

                          Kimberly M. Johnson
                          _____
                          KIMBERLY MATTHEWS JOHNSON ( #435163)
                          Section Chief, General Litigation Section I

                          Melvin W. Bolden, Jr.
                          _____
                          MELVIN W. BOLDEN, JR. (# 192179)
                          Assistant Attorney General
                          441 Fourth St., N.W.
                          Sixth Floor South
                          Washington, D.C. 20001
                          (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) Civil No. 1: 05C-2251(RCL |
| | ) |
| DISTRICT OF COLUMBIA  et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

Upon consideration of the Defendant Paula S. Fisher's Motion for Further Enlargement of Time to Respond to Discovery, plaintiff's opposition   thereto, and the record herein, it is by the Court, this ___day of February, 2007,

ORDERED: that the Motion for Further Enlargement of Time to Respond to Discovery, be and hereby is GRANTED; and it is,

FURTHER ORDERED: that defendant Paula S. Fisher shall have up to and including March 7, 2007, to serve responses to plaintiff's first set of interrogatories and request for production of documents.

_____
ROYCE C. LAMBERTH
United States District Judge