IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION
TO ENLARGE THE TIME FOR DISCOVERY

Defendant the District of Columbia ("District"), by and through undersigned counsel, hereby moves this court to enlarge the time for discovery an additional sixty (60) days. As reasons why this motion should be granted, the District states the following:

1. Discovery closed in this case on March 12, 2007. On this date, plaintiff contacted this defendant and consent was granted for the requested relief. On March 12, 2007, plaintiff filed a motion to enlarge the time for discovery as to plaintiff only for an additional forty-five (45) days.

2. The District consented to the relief sought by plaintiff to the extent that the requested relief was for all parties to this litigation.

A memorandum of points and authorities in support of this motion is attached hereto.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    _____
    PATRICIA A. JONES #428132
    Chief, General Litigation Sec. IV

    _____
    GEORGE E. RICKMAN #433298
    Assistant Attorney General
    General Litigation Sec. IV
    P.O. Box 14600
    Washington, DC 20044-4600
    202-442-9840/fax 202-727-3625

Local Rule 7 (m) Certification

I do hereby certify that on this 13th day of March 2007, the undersigned contacted Melvin Bolden, counsel for defendant Paula Fisher, and made efforts to contact Leonard McCants, Esq., counsel for defendant Hawk One Security, and William Farley, Esq., counsel for plaintiff, in an effort to obtain their consent to the relief sought herein. Mr. Bolden consents to the relief. The undersigned has been unable to reach Mssr. Farley and/or McCants. This motion should therefore be treated as opposed

    _____
    GEORGE E. RICKMAN
    Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA , *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT DISTRICT OF COLUMBIA'S MOTION
TO ENLARGE THE TIME FOR DISCOVERY

Defendant District of Columbia, by and through counsel, files its memorandum of points and authorities in support of its Motion to Enlarge Discovery, and states as follows:

1. Discovery in this case closed on March 12, 2007. See Docket Entry #45. On this date, the undersigned was contacted by plaintiff concerning a motion to enlarge the time for discovery for an additional forty-five (45) days. The District consented to an enlargement of discovery for sixty (60) days with the understanding that this enlargement would include all parties to the litigation.

2. On March 12, 2007, plaintiff moved this court for an additional forty-five (45) days, limiting this relief to plaintiff. While plaintiff argued in her motion that the District's responses were not in compliance with the rules because they were executed by a paralegal employed by the District of Columbia Office of the Attorney General,

plaintiff never once contacted the District with the claimed deficiency or any other deficiency. Regardless, the District's executed responses fully comply with Fed. R. Civ.P. 33. Under the federal rules, interrogatories may be answered by a designated agent of the governmental entity. *See* Fed. Civ. P. R. 33(a), which reads in pertinent part: "…any party may serve upon any other party written interrogatories…to be answered by the party served or, if the party served is a … governmental agency, by any officer or agent, who shall furnish such information as is available to the party…." The District designated Marlene Bailey to provide its written responses to plaintiff's discovery.

3. The District, along with all other parties in the litigation, will require additional time to complete its discovery and to file dispositive motions if appropriate. This defendant was unable to complete discovery before the expiration of the prescribed period because of the undersigned's schedule and the press of other business.

4. Under *Fed R. Civ. P.* 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…(2), parties seeking to complete an act beyond the prescribed time can only do so upon motion and upon a showing of 'excusable neglect.'"

5. In light of plaintiff's March 12, 2007, motion to enlarge the time for discovery, and the District's belief that the relief sought by plaintiff would be inclusive for all parties, the District's compliance with its discovery obligations to plaintiff, and the status of the litigation, the District has met its burden under Rule 6(b)(2). This Court should therefore enlarge the time for discovery and additional sixty (60) days, or until

May 11, 2007. Dispositive motions should be filed thirty (30) days thereafter, or on or before June 11, 2007.

                                      Respectfully submitted,

                                      LINDA SINGER  
                                      Acting Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE  
                                      Deputy Attorney General, D.C.  
                                      Civil Litigation Division

                                      _____

                                      PATRICIA A. JONES #428132  
                                      Chief, General Litigation Sec. IV

                                      _____

                                      GEORGE E. RICKMAN #433298  
                                      Assistant Attorney General  
                                      General Litigation Sec. IV  
                                      P.O. Box 14600  
                                      Washington, DC 20044-4600  
                                      202-442-9840/fax 202-727-3625