IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendant District of Columbia's motion to enlarge the time for discovery, any opposition thereto, any reply, the facts, the law and the record herein, it is this ____ day of _____ 2006, and it is,

**ORDERED:** that the defendant District of Columbia's motion to enlarge the time for discovery is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that discovery is hereby enlarged until May 11, 2007; and it is,

**FURTHER ORDERED:** that dispositive motions shall be filed on or before June 11, 2007; and it is,

**FURTHER ORDERED:** any opposition shall be filed by June 25, 2007, and it is,

**FURTHER ORDERED:** any reply shall be filed on or before Jul6 10, 2007.

ROYCE LAMBERTH
United States District Court Judge