UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE DISTRICT OF COLUMBIA, et al.** )<br>)<br>)<br>**Defendants.** )<br>) | C.A. No. 05 CV 02351 (RCL) |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT HAWK ONE
TO PRODUCE INITIAL DISCLOSURES IN ACCORDANCE WITH THIS COURT'S
NOVEMBER 30, 2006 ORDER AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF THAT MOTION**

Pursuant to the Federal Rules of Civil Procedure 26(a) and 37, and Local Rule 26.1, Plaintiff respectfully requests the Court to compel Defendant Hawk One to produce initial disclosures in accordance with this Court's November 30, 2006 order. Myrdal requests that the Court enter the attached proposed order requiring Defendant Hawk One to produce initial disclosures.

Pursuant to Local Rule 7 the parties conferred and Hawk One promised to provide the disclosure by February 22, 2007. To date, no disclosures have been made.

1.  On November 30, 2006, this honorable Court ordered that Defendant Hawk One provide initial disclosures within ten days, by December 14, 2006. A copy of the Order is attached here as Exhibit "A."

2.  Plaintiff has attempted to have Hawk One comply with the requirements of the Order on numerous occasions. A copy of some of Counsel's correspondence is attached here as Exhibit

"B."

        3.        On January 11, 2007, Plaintiff's counsel sought Defendant's consent to this motion.

*Id.*

        4.        The disclosures are now three months late.

        5.        To date, Hawk One has not provided the initial disclosures.

        6.        Violations of Court orders often result in sanctions.

        7.        Rule 37 provides for sanctions for discovery abuses.

        8.        Federal Rule of Civil Procedure 37(c)(1) authorizes a variety of sanctions for failure to disclose information and disclosures, including exclusion of evidence, requiring payment of reasonable expenses and attorney's fees, and "other appropriate sanctions."

        9.        Plaintiff asks that the Court issue an order compelling Hawk One to comply with the Court's order and provide their initial disclosures.

        10.       Plaintiff requests that Hawk One, who failed to disclose information required by the initial disclosure Rules, be prohibited to use as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed.

        11.       Plaintiff asks that Hawk One be precluded from entering any evidence that is the subject matter of the initial disclosures, including any document interpretation, data compilations, and tangible things that are in the possession, custody, or control of the Hawk One.

        12.       Plaintiff requests that Hawk One be precluded from offering any defense, unless solely for impeachment.

**WHEREFORE**, plaintiff respectfully requests the Court compel Hawk One to provide Myrdal with their initial disclosures as is required by the Rules of Civil Procedure and this Court's November 30, 2006 Order, and find that Hawk One be prohibited to use as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed..

        Respectfully submitted,

        _/s/ William P. Farley_
        William P. Farley, D.C. Bar No. 466280
        Law Office of William P. Farley, P.C.
        1350 Connecticut Avenue, N.W., Suite 200
        Washington, D.C. 20036
        (202) 775-1550
        (202) 775-0008 (fax)
        farley@dccounselor.com
        Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ORDER

Upon consideration of Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Provide Initial Disclosures, the accompanying Memorandum of Points and Authorities, the opposition thereto, Plaintiff's Reply and the entire record herein, it is this _____ day of _____ 2007 hereby:

**ORDERED** that Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Provide Initial Disclosures, and hereby is granted; and it is further

**ORDERED** that Hawk One is prohibited to use as evidence at a trial, at a hearing, or on a motion any witness or information not disclosed by December 15, 2006 in initial disclosures; and it is further

**ORDERED** that Hawk One must provide their initial disclosures within __ days.

**ORDERED** that Hawk One's position is not substantially justified.

                                                                              _____
                                                                              Judge Royce C. Lamberth
                                                                              United States District Court Judge

Copies to:

William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

Leonard Lewis McCants - #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
Counsel for Defendant District of Columbia

Melvin Bolden, Esquire
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625
Counsel for Defendant Paula Senior Fisher
Melvin.Bolden@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Provide Initial Disclosures was served on defendants by the Court's Electronic Filing System, on this 14th day of March 2007 to:

>Leonard Lewis McCants - #328526
>8701 Georgia Avenue, Suite 801
>Silver Spring, Maryland 20910
>mccantslaw@aol.com
>Counsel for Defendant Hawk Security
>
>George E. Rickman #433298
>Assistant Attorney General
>Civil Litigation Division - General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
>Counsel for Defendant District of Columbia
>
>Melvin Bolden, Esquire
>Assistant Attorney General
>Civil Litigation Division
>General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625
>Counsel for Defendant Paula Senior Fisher
>Melvin.Bolden@dc.gov
>
>Respectfully submitted,
>
>/s/ William P. Farley
>Law Office of William P. Farley, P.C.
>1350 Connecticut Avenue, N.W.
>Suite 200
>Washington, D.C. 20036
>(202) 775-1550
>(202) 775-0008 (fax)
>farley@dccounselor.com
>Counsel for Plaintiff