**EXHIBIT A**

Print | Close Window

**Subject:** Activity in Case 1:05-cv-02351-RCL MYRDAL v. DISTRICT OF COLUMBIA et al "Order"
**From:** DCD_ECFNotice@dcd.uscourts.gov
**Date:** Thu, Nov 30, 2006 6:04 pm
**To:** DCD_ECFNotice@dcd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrcl2, entered on 11/30/2006 at 6:04 PM EDT and filed on 11/30/2006
Case Name:      MYRDAL v. DISTRICT OF COLUMBIA et al
Case Number:    1:05-cv-2351
Filer:
Document Number: 41

Docket Text:
ORDER that the parties shall comply with initial disclosures required by F. R. Civ. P. 26(a)(1), within ten days of this Court's order; and it is furtherORDERED that all discovery shall be completed within 90 days after the parties provide the initial disclosures required by F. R. Civ. P. 26(a)(1); and it is further ORDERED that each party shall be permitted five depositions; and it is further ORDERED that each party shall be permitted twenty-five interrogatories to be served on each of the other respective parties; and it is furtherORDERED that all motions shall be filed no later than twenty days after the close of discovery; and it is further ORDERED that the opposing party shall have two weeks to respond; and it is further ORDERED that the party who filed the initial motion will then have one week to reply; and it is further ORDERED that a status conference be held after disposition of any dispositive motion(s), at which time dates for pretrial and trial will be set. Sig! ned by Judge Royce C. Lamberth on 11/30/06. (lcrcl2, )

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: O:\Sarah Lacey\05-2351 Myrdal v. District of Columbia\05-2351 Myrdal v. District of Columbia et al. Order Granting Discovery.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=11/30/2006] [FileNumber=1284013-0
] [9103d172ce4aabb3fd084da98ab34511d5ee581f262f6766a4cbb9e9f54058c3ff7
b0dbced666b8bc5f1d487c12c6d1b357875ba56f7ba691355e825c2faa01d]]

1:05-cv-2351 Notice will be electronically mailed to:

Melvin W. Bolden, Jr    melvin.bolden@dc.gov, kimberly.matthews@dc.gov

William P. Farley    farley@dccounselor.com

Leonard Lewis McCants    mccantslaw@aol.com

George E. Rickman    george.rickman@dc.gov, patricia.jones@dc.gov

1:05-cv-2351 Notice will be delivered by other means to:

Copyright © 2003-2007. All rights reserved.

# EXHIBIT B

Print | Close Window

Subject: **RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]**
From: **"Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>**
Date: **Mon, Jan 15, 2007 7:03 pm**
To: **"'William P. Farley'" <farley@dccounselor.com>**

Paula S. Fisher will not consent.

From: William P. Farley [mailto:farley@dccounselor.com]
Sent: Thursday, January 11, 2007 5:19 PM
To: William P. Farley
Cc: mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Motion to compel Hawk Discovery: Mydral v. Hawk Security
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Tue, Feb 13, 2007 5:11 pm
**To:** Leonard McCants <mccantslaw@aol.com>
**Cc:** mccantslaw@aol.com

Mr. McCants,

I have called numerous times and sent emails concerning Hawk's outstanding discovery obligations. Hawk has not answered discovery and our calls have gone unreturned. Discovery was served on December 21, 2006.

Plaintiff must move to compel if we don't hear from you.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Another copy of discovery requests
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Feb 15, 2007 4:34 pm
**To:** mccantslaw@aol.com
**Cc:** Leonard McCants <mccantslaw@aol.com>

Mr. McCants,

It was a pleasure speaking with you today. As I explained, I spoke to your secretary in December concerning the discovery requests and she had them in her possession at that time. Here is another copy in case you don't locate them.

Initial disclosures were also due in December.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

> -------- Original Message --------
> Subject: Attached is a copy of Plaintiff's Initial Disclosures
> From: "William P. Farley" <farley@dccounselor.com>
> Date: Thu, December 21, 2006 5:35 pm
> To: Melvin Bolden <Melvin.Bolden@dc.gov>, George Rickman <george.rickman@dc.gov>, mccantslaw@aol.com
>
> Gentlemen,
>
> Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.
>
> Please notify me by next Wednesday if you have not received her requests
>
> Thank you.
>
> William P. Farley
> Law Office of William P. Farley, P.C.
> 1350 Connecticut Avenue, N.W.
> Suite 200
> Washington, D.C. 20036

(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

----- Original Message -----
**From:** mccantslaw@aol.com
**To:** george.rickman@dc.gov ; wfarley@covad.net ; khi@gdldlaw.com ; sjr@gdldlaw.com ; patricia.jones@dc.gov
**Sent:** Wednesday, March 01, 2006 6:39 PM
**Subject:** Re: Myrdal v. D.C. Rule.16.3

I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispostive motion.

Leonard L. McCants
McCants & Associates, LLC
(301) 588-1850

This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service.

8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland* 20910 *

Telephone (301) 588-1850 * Fax 495-7706

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Attached is a copy of Plaintiff's Initial Disclosures
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Dec 21, 2006 5:35 pm
**To:** Melvin Bolden <Melvin.Bolden@dc.gov>, George Rickman <george.rickman@dc.gov>, mccantslaw@aol.com
**Bcc:** "Marilyn Seabrooks" <mseabrooks05@yahoo.com>,

Gentlemen,

Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.

Please notify me by next Wednesday if you have not received her requests

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
**From:** "Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>
**Date:** Mon, Jan 15, 2007 7:03 pm
**To:** "'William P. Farley'" <farley@dccounselor.com>

Paula S. Fisher will not consent.

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Thursday, January 11, 2007 5:19 PM
**To:** William P. Farley
**Cc:** mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.