# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MARILYN SEABROOKS MYRDAL, )
)
    Plaintiff, )
)
    v. ) C.A. No. 05 CV 02351 (RCL)
)
THE DISTRICT OF COLUMBIA, *et al.*, )
)
)
    Defendants. )
)

---

### PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT HAWK ONE SECURITY

Plaintiff by and through her undersigned counsel, pursuant to the Federal Civil Procedure Rule 34, hereby serves the following Interrogatories upon HAWK ONE SECURITY ("Defendant"). Pursuant to the applicable Rules of Civil Procedure, the Plaintiff requests the Defendant to produce, within thirty (30) days after service of this Request, for inspection and copying, at the Law Office of William P. Farley, P.C., 1350 Connecticut Street, N.W. Suite 200, Washington, D.C. 20036, the items requested herein complete with any changes, amendments or alterations thereto.

### INSTRUCTIONS

1.     In responding to these Requests, produce all documents that are in the possession of, or accessible to you, your agents, employees, and all other persons acting on your behalf.

2.     These Requests are to be regarded as continuing, therefore, you are requested to supplement your responses with such additional information as may hereafter be obtained by you, or any person on your behalf, which will augment or otherwise modify any responses presently given.

3. If any of these Requests cannot be responded to in full, please answer to the extent possible, the reasons for your inability to respond.

4. If any of the requested items are not transcribed, you are hereby requested to produce such items in written form.

5. If the Defendant asserts a claim of privilege for any documents, including notes of in-house attorneys, requested herein, **please furnish a privilege log simultaneously with any response to this request,** describing each document for which privilege is claimed, together with the following information:

    a. the author;

    b. the name and job title of each recipient, and person to whom a copy or copies were furnished;

    c. the date of the document;

    d. the subject matter of the document;

    e. the basis on which privilege is claimed; and

    f. every request to which each such document is responsive.

## **DEFINITIONS**

1. As used herein, the term "documents" shall mean and include, without limitation, all items which embody handwritten, typed, printed, oral, visual, or electronic communications or representations, agreements, letters, carbon copies of letters, e-mails, telegrams, telexes, bulletins, circulars, notices, specifications, instructions, literature, books, magazine, newspapers, booklets, work assignments, reports, motion picture films, videotapes, kinescopes, sound recordings, photographs, studies, analysis, surveys, memoranda, memoranda of conversations, notes, notebooks,

diaries, data sheets, work sheets, calculations and drafts of the aforesaid, and all copies of the aforesaid items upon which have been placed any additional marks or notations.

2. The terms "you" and "your" shall mean the Defendant, including all subsidiaries and affiliated entities and shall further include all officers, directors, employees, agents and representatives of such entities.

3. "Occurrence" means the actions occurring in Plaintiff's office on or about April 13, 2005, between approximately 1:15 p.m. and 6:00 p.m. when Ms. Senior Fisher entered Ms. Seabrooks office unannounced and demanded that Ms. Seabrooks provide the cancelled credit card to her.

## DOCUMENTS TO BE PRODUCED

1. Any and all documents obtained by subpoena in this case.

2. All documents from any meeting or conversation which concerned the subject matter of this lawsuit or Plaintiff's allegations.

3. All expert reports.

4. All logs or reports which have any reference to any part of the occurrence.

5. All correspondence that refers in any way to the occurrence.

6. The complete personnel file of all people involved in the Occurrence.

7. The complete personnel file of any party to this suit.

8. All documents identified in Plaintiff's First Set of Interrogatories to Defendant HAWK ONE SECURITY, Interrogatory Request Number 1.

9. All documents identified in Plaintiff's First Set of Interrogatories to Defendant HAWK ONE SECURITY, Interrogatory Request Number 2.

10. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 3.

11. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 4.

12. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 5.

13. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 6.

14. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 7.

15. All documents identified in Plaintiff's First Set of Interrogatories To Defendant HAWK ONE SECURITY, Interrogatory Request Number 8-23.

16. All documents Defendant relied upon in the determination to search Ms. Mydral's purse.

17. All complaints made against any person involved in the occurrence.

18. The complete files relating to the plaintiff, including, but not limited to the plaintiff's personnel file, the records pertaining to duties, salary, promotions, evaluations, discipline, benefits, discharge, layoff or retirement.

19. All documents identifying the managerial organizational structure of the defendant, including all persons who have any responsibility for the development of policy.

20. All organizational charts, personnel charts, descriptions, lists, tables, flow charts or other similar documents in the possession of the defendant that show the identities, titles or

responsibilities of each person responsible in any manner for personnel, recruitment, hiring, selection, training, disciplining, demoting, terminating or searching employees personal possessions.

21. All documents relating to any complaints, notifications, emails, letters, memos, claims or charges filed by any District of Columbia employee against any of the defendants concerning a constitutional violation, including, but not limited to, a 4th Amendment issue.

22. Copies of any and all documents regarding any claims filed in any state or federal courts against the defendant concerning security guard actions.

23. All documents relied upon in the development of searching employees possessions.

24. All documents which you intend to introduce into evidence at the trial of this case or may be used to refresh the recollections of witnesses at depositions or trial.

25. All documents containing statistical data relied on by the defendant.

26. All statements and memos relating to witnesses or potential witnesses or persons contacted in connection with this case.

27. All documents which the defendant contends support the defenses asserted in the defendant's answer or that relate to any claims asserted by the defendant.

28. All documents, speeches, articles, or publications by the defendant, his employees, and his agents that refer or relate to searches of employees.

29. All manuals, handbooks, policies, procedures, notices, or directives issued by the defendant, pertaining to:

a. Discipline,

b. Demotion,

c. Transfer,

d. Layoff,

e. Discharge.

30. All manuals, handbooks, policies, procedures, notices, or directives issued by the defendant, pertaining to:

    a. Compensation,

    b. Fringe benefits,

    c. Bonus pay,

    d. Merit raises,

    e. Incentives.

31. All manuals, handbooks, policies, procedures, notices or directives issued by the defendant, pertaining to:

    a. Recruitment,

    b. Selection and hiring,

    c. Objective testing,

    d. Subjective evaluation,

    e. Position requirements,

    f. Job posting,

    g. Job assignment,

    h. Seniority system,

    i. Training programs or skill acquisition opportunities,

    j. Promotion.

32. All manuals, handbooks, notices, or directives issued by the defendant, pertaining to

6

supervisory responsibilities.

33. All manuals, handbooks, notices, or directives issued by the defendant, pertaining to the maintenance of a safe and non-hostile work environment.

34. Any and all documents pertaining to job descriptions or job qualifications of any party to this matter.

35. Any and all manuals, handbooks, notices, or directives issued by the defendant during the relevant time period pertaining to any form or type of employment-related practice, procedure or policy including hiring, selection, job qualification, discipline, promotion, demotion, layoff or discharge.

36. All other manuals, handbooks, notices or directives relating to the defendant's policies, procedures or practices that pertain to this legal action and that are not described above.

37. All documents related to allegations of discrimination by the defendant made by employees, customers, vendors or others.

38. All other documents in the possession of the defendant that pertain to this legal action and that are not described above.

39. A copy of the Credit Card at issue, including the date it was cancelled and all communications concerning the cancellation of that credit card.

40. All emails between any party and the District of Columbia between March 15, 2005 and April 30, 2005 concerning the Credit Card.

41. All findings made by Defendant concerning the Occurrence.

Respectfully submitted,

*/s/ William P. Farley*

Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's First Request for the Production of Documents to HAWK ONE SECURITY was served on defendants by delivering a copy by U.S. Mail on this 21st day of December 2006 to their attorneys at:

>Leonard Lewis McCants - #328526
>8701 Georgia Avenue
>Suite 801
>Silver Spring, Maryland 20910
>mccantslaw@aol.com
>Counsel for Defendant Hawk Security
>
>GEORGE E. RICKMAN #433298
>Assistant Attorney General
>Civil Litigation Division
>General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
>Counsel for Defendant
>
>Melvin Bolden, Esquire
>Assistant Attorney General
>Civil Litigation Division
>General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625
>Counsel for Defendant
>Melvin.Bolden@dc.gov
>
>Respectfully submitted,
>
>*/s/ William P. Farley*
>Law Office of William P. Farley, P.C.
>1350 Connecticut Avenue, N.W.
>Suite 200
>Washington, D.C. 20036
>(202) 775-1550
>(202) 775-0008 (fax)
>farley@dccounselor.com
>Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY

I HEREBY certify that on December 21, 2006, I served on all parties hereto Plaintiff's First Request for the Production of Documents to HAWK ONE SECURITY and that I will retain the original of this document in my possession, without alteration, until the case in concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

/s/ William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

# EXHIBIT B

Print | Close Window

**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
**From:** "Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>
**Date:** Mon, Jan 15, 2007 7:03 pm
**To:** "'William P. Farley'" <farley@dccounselor.com>

Paula S. Fisher will not consent.

From: William P. Farley [mailto:farley@dccounselor.com]
Sent: Thursday, January 11, 2007 5:19 PM
To: William P. Farley
Cc: mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Motion to compel Hawk Discovery: Mydral v. Hawk Security
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Tue, Feb 13, 2007 5:11 pm
**To:** Leonard McCants <mccantslaw@aol.com>
**Cc:** mccantslaw@aol.com

Mr. McCants,

I have called numerous times and sent emails concerning Hawk's outstanding discovery obligations. Hawk has not answered discovery and our calls have gone unreturned. Discovery was served on December 21, 2006.

Plaintiff must move to compel if we don't hear from you.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Another copy of discovery requests
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Feb 15, 2007 4:34 pm
**To:** mccantslaw@aol.com
**Cc:** Leonard McCants <mccantslaw@aol.com>

Mr. McCants,

It was a pleasure speaking with you today. As I explained, I spoke to your secretary in December concerning the discovery requests and she had them in her possession at that time. Here is another copy in case you don't locate them.

Initial disclosures were also due in December.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: Attached is a copy of Plaintiff's Initial Disclosures
From: "William P. Farley" <farley@dccounselor.com>
Date: Thu, December 21, 2006 5:35 pm
To: Melvin Bolden <Melvin.Bolden@dc.gov>, George Rickman <george.rickman@dc.gov>, mccantslaw@aol.com

Gentlemen,

Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.

Please notify me by next Wednesday if you have not received her requests

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

----- Original Message -----
**From:** mccantslaw@aol.com
**To:** george.rickman@dc.gov ; wfarley@covad.net ; khi@gdldlaw.com ; sjr@gdldlaw.com ; patricia.jones@dc.gov
**Sent:** Wednesday, March 01, 2006 6:39 PM
**Subject:** Re: Myrdal v. D.C. Rule.16.3

I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispostive motion.

Leonard L. McCants
McCants & Associates, LLC
(301) 588-1850

This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service.

8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland* 20910 *

Telephone (301) 588-1850 * Fax 495-7706

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Attached is a copy of Plaintiff's Initial Disclosures
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Dec 21, 2006 5:35 pm
**To:** Melvin Bolden <Melvin.Bolden@dc.gov>, George Rickman <george.rickman@dc.gov>, mccantslaw@aol.com
**Bcc:** "Marilyn Seabrooks" <mseabrooks05@yahoo.com>,

Gentlemen,

Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.

Please notify me by next Wednesday if you have not received her requests

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
**From:** "Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>
**Date:** Mon, Jan 15, 2007 7:03 pm
**To:** "'William P. Farley'" <farley@dccounselor.com>

Paula S. Fisher will not consent.

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Thursday, January 11, 2007 5:19 PM
**To:** William P. Farley
**Cc:** mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.