UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** )<br>)<br>    **Plaintiff,**                                      )<br>)<br>        v.                                                    ) **C.A. No. 05 CV 02351 (RCL)**<br>)<br>**THE DISTRICT OF COLUMBIA, et al.** )<br>)<br>)<br>    **Defendants.**                                 )<br>                                                                 ) | |

**PLAINTIFF'S MOTION PURSUANT TO RULE 37**

**To Compel Defendant Hawk One to Answer Plaintiff's First Set of Interrogatories and for an Order That Hawk One Has Waived Any Objections to Plaintiff's First Set of Interrogatories and Memorandum of Points and Authorities in Support of that Motion**

Myrdal respectfully requests this Court to enter an Order compelling Hawk One to provide interrogatory responses to Plaintiff's First Set of Interrogatories to Defendant Hawk One ("Interrogatories"). On December 21, 2006, pursuant to Fed.R.Civ.Pro. Rule 33, Myrdal served her Interrogatories upon Hawk One. A copy of the Requests is attached here as Exhibit "A." To date, Hawk One refuses to provide its response to the Interrogatories.

In compliance with Local Rule 7, Plaintiff has made good faith attempts to confer and obtain the discovery from Hawk One. She sent Hawk One's counsel letters and spoke to him on the phone. In December 2006, Hawk One confirmed that they had received the Plaintiff's Interrogatories.

Plaintiff tried numerous times to obtain the inspection she is entitled to receive under Rule 33. Plaintiff sent Hawk One emails requesting the discovery. Copies of those emails are attached

as Exhibit "B."

Pursuant to Local Rule 7, Plaintiff requested Hawk One's Consent to this motion and did not receive that consent. Instead, Hawk One promised to answer discovery and provide initial disclosures by February 22, 2007. To date, no discovery has been provided.

## ARGUMENT

### A. *Hawk One is Required to Provide Responses to Plaintiff's Interrogatories*

On December 21, 2006, Myrdal served her First Interrogatories pursuant to Rule 33. Rule 33 requires Hawk One to respond within thirty days. To date, Hawk One has not served a response.

Rule 37(a)(2)(B) provides that if:

> "a party fails to answer an interrogatory submitted under Rule 33 . . . the discovering party may move for an order compelling an answer, or a designation, or an order compelling inspection in accordance with the request. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action."

Hawk One has not responded to plaintiff's December 21, 2006 interrogatories. Hawk One has no legitimate reason not to respond Myrdal's Interrogatories.

Plaintiff requests that Hawk One be ordered to respond to Myrdal's Interrogatories.

### B. Hawk One has waived any objection to Plaintiff's Interrogatories

Pursuant to Federal Rule of Civil Procedure 33, Hawk One has automatically waived any objections as a consequence of failing to file a timely objection to the Interrogatories. Rule 33(b)(4) provides "All grounds for an objection to an interrogatory shall be stated with specificity. Any ground not stated in a timely objection is waived unless the party's failure to object is excused by the court for good cause shown." *Lohrenz v. Donnelly*, 187 F.R.D. 1, 5 (D.D.C. 1999) ("Defendants'

requests to compel plaintiff to produce documents withheld as a result of attorney-client privilege, work-product doctrine, or reporter- source privilege are GRANTED"); *Byrd v. Reno*, 1998 WL 429676 (D.D.C. 1998).

As in *Lohrenz*, Hawk One never properly asserted their objections, in violation of the time limits imposed by the Federal Rules and thus they have waived any objections.

Plaintiff asks the Court to find that Hawk One waived their objections to the Interrogatories by failing to timely object.

**WHEREFORE**, plaintiff respectfully requests the Court compel Hawk One to provide Myrdal with the responses to Plaintiff's First Interrogatories as is required by the Rules of Civil Procedure, and find that Hawk One has waived any objections to Plaintiff's requests.

Respectfully submitted,

      /s/ William P. Farley
William P. Farley, D.C. Bar No. 466280
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| **Defendants.** | ) |

### ORDER

Upon consideration of Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Answer Plaintiff's First Set of Interrogatories to Defendant Hawk One, the accompanying Memorandum of Points and Authorities, the opposition thereto, Plaintiff's Reply and the entire record herein, it is this ____ day of _____ 2007 hereby:

**ORDERED** that Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Respond to Plaintiff's First Set of Interrogatories to Defendant Hawk One, should be, and hereby is granted; and it is further

**ORDERED** that Hawk One has waived any objections to Plaintiff's First Set of Interrogatories to Defendant Hawk One by failing to timely object; and it is further

**ORDERED** that Hawk One must provide responses to Plaintiff's First Set of Interrogatories to Defendant Hawk One within __ days.

**ORDERED** that Hawk One's position is not substantially justified.

_____
Judge Royce C. Lamberth
United States District Court Judge

Copies to:

William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

Leonard Lewis McCants - #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
Counsel for Defendant District of Columbia

Melvin Bolden, Esquire
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625
Counsel for Defendant Paula Senior Fisher
Melvin.Bolden@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion Pursuant to Rule 37 to Compel Hawk One to Answer Plaintiff's First Set of Interrogatories to Defendant Hawk One was served on defendants by the Court's Electronic Filing System, on this 14th day of March 2007 to:

>Leonard Lewis McCants - #328526
>8701 Georgia Avenue, Suite 801
>Silver Spring, Maryland 20910
>mccantslaw@aol.com
>Counsel for Defendant Hawk Security
>
>George E. Rickman #433298
>Assistant Attorney General
>Civil Litigation Division - General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
>Counsel for Defendant District of Columbia
>
>Melvin Bolden, Esquire
>Assistant Attorney General
>Civil Litigation Division
>General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625
>Counsel for Defendant Paula Senior Fisher
>Melvin.Bolden@dc.gov
>
>Respectfully submitted,
>
>
>/s/ William P. Farley
>Law Office of William P. Farley, P.C.
>1350 Connecticut Avenue, N.W.
>Suite 200
>Washington, D.C. 20036
>(202) 775-1550
>(202) 775-0008 (fax)
>farley@dccounselor.com
>Counsel for Plaintiff