**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| **THE** DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PLAINTIFF'S  FIRST SET OF INTERROGATORIES
## TO DEFENDANT HAWK ONE SECURITY

Plaintiff by and through her undersigned counsel, pursuant to the Federal Civil Procedure

Rule 33, hereby serves the following Interrogatories upon Defendant HAWK ONE SECURITY

("Defendant").  These interrogatories are to be answered under oath within (30) days of services

hereof, with the defendant answering each Interrogatory to the extent of its knowledge.  Defendant

is directed to identify the persons having knowledge of the facts inquired.

These Interrogatories are continuing in character so as to require you to file supplementary

answers if you obtain further or different information before trial.  Where the name or identity of a

person is requested, please state their full name, home address, and also business address, if known.

Unless otherwise indicated, these Interrogatories refer to the time, place, and circumstances of the

occurrence mentioned or complained of in the Complaint filed in this action.  Where knowledge or

information in possession of a party is requested, such request includes knowledge of the party's

1

agents, representatives, and unless privileged, his attorneys. When the answer is made by a corporate defendant, state the name, address, and title of the person supplying the information and the source of the information. The pronoun "you" shall include the party, the party's agents, representatives, employees and/or servants and the party's attorneys, unless privileged.

Throughout these Interrogatories, whenever you are requested to "identify" a communication of any type, and such communication was <u>oral</u>, the following information should be furnished:

(a)     By whom it was made and to whom it was directed;

(b)     Its specific subject;

(c)     The date upon which it was made;

(d)     Who else was present when it was made; and

(e)     Whether it was recorded, described or summarized in any writing of any type; if so, identity each such writing in the manner indicated below.

Whenever you are requested to "identify" a communication, memorandum, or record of any type, and such communication was <u>written</u>, the following information is to be furnished:

(a)     The nature of the written communication, <u>e.g.</u>, letter, memorandum, telegram, drawing, note, post-it, e-mail etc.;

(b)     The specific subject of the communication;

(c)     By whom it was made and to whom it was directed;

(d)     The date upon which it was made; and

(e)     Who has possession of the original and any copies.

In lieu of identifying or describing particular documents, when such identification is requested, these documents may, at defendant's option, be attached to the responses to these

Interrogatories.

Whenever a person is to be "identified," you should furnish, except as otherwise noted:

(a)     Name and present or last known address; and

(b)     If a corporation, the place of incorporation.

For each Interrogatory or part thereof which defendant may refuse to answer on grounds of burdensomeness, state:

(a)     the number of files and/or documents needed to be searched;

(b)     the location of such files;

(c)     the number of employee hours required to conduct the search; and

(d)     the estimated cost of the search in employee hours and dollars.

If the documents which form a part of any Answer to these Interrogatories have been destroyed, state when these were destroyed, identify the person who destroyed the documents, and the person who directed that the documents be destroyed. Also state the reasons the documents were destroyed.

If any answers to the interrogatories in any of the following requests are not answered under claim of privilege or work product, please provide a statement of the ground or grounds on which such answer is considered to be privileged.

In construing these requests, the following rules are applicable:

(a)     The singular shall include the plural, and the plural shall include the singular;

(b)     The masculine, feminine or neuter pronouns shall include all other genders; and

(c)     Each request shall extend to all documents which are or have been in the possession or subject to the control of the Defendants, its officers, agents or employees during

3

the relevant time period.

In answering these Interrogatories, you must furnish all information that is known to you or to your agents. If any of these interrogatories can not be answered in full, you must answer them to the fullest extent possible, specifying the reasons for your inability to answer the remainder and stating fully the information, knowledge, or belief you now have concerning the unanswered portions.

## DEFINITIONS

1. "Communication" means an oral or written exchange of thought."Defendant" or "Defendants" refers to the defendants named in this lawsuit, as well as any other person or entity in their agency or employ.

2. "Identify," "identification," or "identity" means:

   a. when used in reference to a natural person, the person's full name, date of birth, social security number, job title, dates of agency or employment (if applicable), the person's current residence address and business address or, if unknown, the last known business address or residence address; and the person's business and home telephone numbers;

   b. when used in reference to a document, the type of document (i.e., letter, memorandum, telegram, chart, etc.), a brief description of the nature of the information in the document, its author or originator, its date or dates, all addressees and recipients, and its present location or custodian. If any such document was, but is no longer, in Defendant's possession or subject to their control, also state the approximate date it was lost, discarded, or destroyed, and the identity of each person

4

having knowledge of the contents thereof;

c.      when used in reference to a business entity, the structure of the business (i.e., corporation, partnership, sole proprietorship), a brief description of the nature of the business, and the business' address and telephone number; and

d.      when used in reference to real property, the full address, the legal description of the property, the type of structure(e.g., commercial, single family, residential, apartments) and the number of units.

3.      "Documents" includes records; books; papers; contracts; memoranda; invoices; correspondence; notes; minutes of any meetings, including meetings with agents or employees; instructions; guides; compilations of rules, regulations, or policies; daybooks; calendars; photographs; telegrams; messages; drawings; charts; graphs; other writings; recording tapes; recording discs; mechanical or electronic information storage or recording elements; and any other "documents" as that word is defined in Rule 34 of the Federal Rules of Civil Procedure.

4.      "Occurrence" means the actions occurring in Plaintiff's office on or about April 13, 2005, between  approximately 1:15 p.m. and 6:00 p.m. when Ms. Senior Fisher entered Ms. Seabrooks office unannounced and demanded that Ms. Seabrooks provide the cancelled credit card to her.

5.      "Relate" or "relating to" is defined as showing, reflecting, referring to, constituting, evidencing, or concerning in any way all or any portion of the subject matter of the facts, contentions, or matter referenced in the interrogatory.

6.      "Person" means any natural person, group of natural persons, corporation, partnership,

government agency or board, association, proprietorship, organization, or any other legal entity.

## INTERROGATORIES

1.    Prior to answering these interrogatories, have you made due and diligent search of your books, records, and papers, and due and diligent inquiry of your agents and employees, with a view to eliciting all information available in this action?

ANSWER:

2.    Please identify and describe the appearance of each and every person who observed or was present in the vicinity of the plaintiff's alleged Occurrence, giving the name and address of each such person, if known to you.

ANSWER.

3.    Please identify each and every document requested in Plaintiff's discovery requests, or any Request for Production of Documents which has not been produced pursuant to this Request, or any subsequent Request.  Include in your answer all reason(s) why such document(s) was not produced, including, but not limited to, if the document has been destroyed.

ANSWER:

4.    Please describe fully each and every source of knowledge about the alleged Occurrence of which you are aware, including:

(a) the identification of each such source,

(b) the date and time you received any information from each such source regarding the alleged occurrence,

(c) the substance of all such information you received from each such source,

6

(d) the manner in which such information was received.

ANSWER:

5.    If you claim that any other person caused or contributed to cause the alleged occurrence, please state the name and address of each such person and the manner in which each such person caused or contributed to cause the alleged occurrence.

ANSWER:

6.    Please identify any person who spoke with the plaintiff during the occurrence, including:

(a) such person's name and address,

(b) the name of such person's employer,

(c) such person's business address,

(d) such person's title.

ANSWER:

7.    Please state when the alleged occurrence took place, giving the date, hour and minute as accurately as possible.

ANSWER:

8.    Please describe fully the extent to which the defendant was in control of the premises at the time and place of the alleged occurrence.

ANSWER:

9.    Please describe fully the plaintiff's actions before the plaintiff was approached by the arresting person, including:

(a) a description of each action,

7

(b) the time of each action,

(c) the name, address and title of each employee making such observation.

ANSWER:

10.     Please describe fully the source of the defendant's knowledge of the plaintiff's actions

before the plaintiff was approached by any person during the Occurrence, including:

(a) whether or not such knowledge was first-hand,

(b) whether or not such knowledge was from an employee,

(c) whether such knowledge was from an oral source, a written source, or otherwise.

ANSWER:

11.     Please describe fully all steps taken by the defendant to verify information received

by the defendant concerning the plaintiff's actions before the plaintiff was searched.

ANSWER:

12.     Please describe fully all instructions given by the defendant to his employees and

agents concerning how to handle plaintiff during the Occurrence, including:

(a) whether such instructions were oral or written,

(b) the substance of all such instructions,

(c) the date on which such instructions were given to the employee/agent involved in this particular

Occurrence,

(d) the name of the person giving such instructions.

ANSWER:

13.     Please describe the people who approached the plaintiff during the Occurrence,

including:

8

(a) the number of people who approached the plaintiff,

(b) the name and address of each person,

(c) the relationship of each person to the defendant.

ANSWER:

14.    Please describe all questioning of the plaintiff on the premises, including:

(a) the identity of all persons participating in such questioning,

(b) the substance of all questions asked,

(c) the date and time of such questioning,

(d) the substance of the plaintiff's answer to each question.

ANSWER:

15.    Please describe all searches conducted of the plaintiff or the plaintiff's accessories,

including:

(a) the identity of all persons participating in each search,

(b) the nature and scope of each search,

(c) the date and time of each search,

(d) whether the plaintiff consented to each search,

(e) the results of each search.

ANSWER:

16.    If the plaintiff was detained by the defendant or an agent of the defendant, please

state:

(a) the date and time of such detention,

(b) the manner of such detention (e.g., verbal threat, physical constraint, etc.),

9

(c) the reason for such detention,

(d) the location where the plaintiff was detained,

(e) the identity of each person participating in the detention,

(f) the source of authority for such detention.

      ANSWER:

17.     Please give the substance of all conversations which took place in concerning the Occurrence.

      ANSWER:

18.     State with specificity each and every investigation or search for facts defendant undertook after being informed of incidents concerning the Occurrence. Such specificity includes, but is not limited to, any report made concerning this matter by stating with specificity and describing the findings and conclusions that were made as a result of any investigations and/or any meetings conducted regarding Plaintiff's claims

      ANSWER:

19.     Please state in complete detail the facts which form the basis for whatever legal relationship the defendant claims existed between the parties and the defendant at the time of the occurrence, indicating whether such relationship was tenant, social guest, business invitee, licensee, trespasser, employee, agent or other.

      ANSWER:

20.     Please describe all defenses claimed by the defendant, including:

(a) the substance of each such defense,

(b) all facts which support each such defense

10

ANSWER:

21.     If the defendant contends there were reasonable grounds to believe the plaintiff was attempting to commit larceny, please set forth all facts in support of such contention.

ANSWER:

22.     Please completely identify all witnesses you expect to call at trial, including the expected nature of their testimony.

ANSWER:

23.     Please completely identify each person you expect to call as an expert witness at the trial and state as to each such expert:

      a.  Name, occupation and address;

      b.  The subject matter on which the person is expected to testify;

      c.  The subject of the facts and opinions to which the person is expected to testify;

      d.  The specific data on which the person bases his opinion; and

      e.  The qualifications that make the person an expert.

ANSWER:

                Respectfully submitted,

                Law Office of William P. Farley, P.C.
                1350 Connecticut Avenue, N.W.
                Suite 200
                Washington, D.C. 20036
                (202) 775-1550
                (202) 775-0008 (fax)
                farley@dccounselor.com
                Counsel for Plaintiff

11

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's First Set of Interrogatories to Defendant HAWK

ONE SECURITY was served on defendants by delivering a copy thereof by U.S. Mail on this 21st

day of December 2006 to their attorney at:

> Leonard Lewis McCants - #328526
> 8701 Georgia Avenue
> Suite 801
> Silver Spring, Maryland 20910
> mccantslaw@aol.com
> Counsel for Defendant Hawk Security
>
> GEORGE E. RICKMAN #433298
> Assistant Attorney General
> Civil Litigation Division
> General Litigation Section IV
> P.O. Box 14600
> Washington, DC 20044-4600
> 202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
> Counsel for Defendant
>
> Melvin Bolden, Esquire
> Assistant Attorney General
> Civil Litigation Division
> General Litigation Section IV
> P.O. Box 14600
> Washington, DC 20044-4600
> 202-442-9840/fax 202-727-3625
> Counsel for Defendant
> Melvin.Bolden@dc.gov
>
> Respectfully submitted,
>
> *[signature]*
>
> Law Office of William P. Farley, P.C.
> 1350 Connecticut Avenue, N.W.
> Suite 200
> Washington, D.C. 20036
> (202) 775-1550
> (202) 775-0008 (fax)
> farley@dccounselor.com
> Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **C.A. No. 05 CV 02351 (RCL)** |
| | ) |
| **THE DISTRICT OF COLUMBIA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY

I HEREBY certify that on December 21, 2006, I served on all parties hereto Plaintiff's First Set of Interrogatories to Defendant HAWK ONE SECURITY and that I will retain the original of this document in my possession, without alteration, until the case in concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

_____
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

**EXHIBIT B**

Print | Close Window

**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
**From:** "Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>
**Date:** Mon, Jan 15, 2007 7:03 pm
**To:** "'William P. Farley'" <farley@dccounselor.com>

Paula S. Fisher will not consent.

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Thursday, January 11, 2007 5:19 PM
**To:** William P. Farley
**Cc:** mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George  (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** **Motion to compel Hawk Discovery: Mydral v. Hawk Security**
**From:** **"William P. Farley" <farley@dccounselor.com>**
**Date:** **Tue, Feb 13, 2007 5:11 pm**
**To:** **Leonard McCants <mccantslaw@aol.com>**
**Cc:** **mccantslaw@aol.com**

Mr. McCants,

I have called numerous times and sent emails concerning Hawk's outstanding discovery obligations.  Hawk has not answered discovery and our calls have gone unreturned.  Discovery was served on December 21, 2006.

Plaintiff must move to compel if we don't hear from you.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Another copy of discovery requests
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Feb 15, 2007 4:34 pm
**To:** mccantslaw@aol.com
**Cc:** Leonard McCants <mccantslaw@aol.com>

Mr. McCants,

It was a pleasure speaking with you today.  As I explained, I spoke to your secretary in December concerning the discovery requests and she had them in her possession at that time.  Here is another copy in case you don't locate them.

Initial disclosures were also due in December.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: Attached is a copy of Plaintiff's Initial Disclosures
From: "William P. Farley" <farley@dccounselor.com>
Date: Thu, December 21, 2006 5:35 pm
To: Melvin Bolden <Melvin.Bolden@dc.gov>,  George Rickman
<george.rickman@dc.gov>, mccantslaw@aol.com

Gentlemen,

Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.

Please notify me by next Wednesday if you have not received her requests

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

----- Original Message -----
**From:** mccantslaw@aol.com
**To:** george.rickman@dc.gov ; wfarley@covad.net ; khi@gdldlaw.com ; sjr@gdldlaw.com ; patricia.jones@dc.gov
**Sent:** Wednesday, March 01, 2006 6:39 PM
**Subject:** Re: Myrdal v. D.C. Rule.16.3

I consent to the District of Columbia's motion to continue the proposed 16.3 conference or to stay further action in the case until the court rules on DC dispositive motion.

Leonard L. McCants
McCants & Associates, LLC
(301) 588-1850

This facsimile contains confidential information that may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the below address by the U.S. Postal Service.

8701 Georgia Avenue * Suite 801 * Silver Spring * Maryland* 20910 *

Telephone (301) 588-1850 * Fax 495-7706

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** Attached is a copy of Plaintiff's Initial Disclosures
**From:** "William P. Farley" <farley@dccounselor.com>
**Date:** Thu, Dec 21, 2006 5:35 pm
**To:** Melvin Bolden <Melvin.Bolden@dc.gov>, George Rickman <george.rickman@dc.gov>, mccantslaw@aol.com
**Bcc:** "Marilyn Seabrooks" <mseabrooks05@yahoo.com>,

Gentlemen,

Plaintiff also served discovery her discovery requests seeking documents and interrogatories upon each defendant today.

Please notify me by next Wednesday if you have not received her requests

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
**From:** "Bolden, Melvin (OAG)" <Melvin.Bolden@dc.gov>
**Date:** Mon, Jan 15, 2007 7:03 pm
**To:** "'William P. Farley'" <farley@dccounselor.com>

Paula S. Fisher will not consent.

---

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Thursday, January 11, 2007 5:19 PM
**To:** William P. Farley
**Cc:** mccantslaw@aol.com; Rickman,George (OAG); Bolden,Melvin (OAG)
**Subject:** RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]

Dear Mr. McCants and Mr. Bolden,

Please let me know by close of business tomorrow whether your client will consent to plaintiff's motion to compel initial disclosures.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: [FWD: RE: [FWD: Myrdahl District's 16.3 statement]]
From: "William P. Farley" <farley@dccounselor.com>
Date: Wed, December 13, 2006 5:37 pm
To: "Bolden,Melvin (OAG)" <Melvin.Bolden@dc.gov>
Cc: mccantslaw@aol.com, "Rickman,George  (OAG)" <george.rickman@dc.gov>

Counsel,

Plaintiff has not received the initial disclosures as required by the Court's order. Please send them tomorrow to the below address.

Thank you.

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.