UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARILYN SEABROOKS MYRDAL**

    Plaintiff,

vs.

**THE DISTRICT OF COLUMBIA,** *et. al.*

    Defendant.

C.A. No.: 05 CV 02351 (RCL)

**MOTION TO FILE OUT OF TIME DEFENDANT HAWK ONE'S OPPOSITION TO PLAINTIFF MYRDAL'S MOTION TO COMPEL DEFENDANT HAWK ONE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION**

COMES NOW, the defendant, Hawk One, by counsel and files this Motion to File out of time defendant's Hawk One's Opposition to plaintiff Myrdal's motion to compel defendant Hawk One's first request for production of documents and states as follows:

1. On March 14, 2007, the plaintiff herein filed a motion to compel defendant Hawk One's first request for production of documents.

2. The defendant's opposition to said motion was due on March 25, 2007.

3. Counsel did not file defendant's opposition on the due date because counsel was out of the office due to an illness which was recently discovered by counsel's physician. As a result, counsel may have to have surgery.

4. Defendant Hawk One submitted to plaintiff's attorney its discovery request on March 26, 2007.

1

5.   That the defendant is filing contemporaneously herewith its opposition to plaintiff's motion to compel.

6.   That counsel attempted to get the consent of counsel for the plaintiff, but was unable to do so, as counsel for the plaintiff is out of his office until next week.

7.   That this court has the inherent authority to grant this motion.  Further, the Federal Rules of Civil Procedure and the Local Rules grants this court the authority to allow defendant Hawk One the authority to file this motion out of time.

**WHEREFORE**, defendant Hawk One request that this court allow defendant Hawk One to file its opposition to plaintiff's motion out of time and grant it such other and further relief as to this court may appear just and proper.

Respectfully submitted,

**McCANTS & ASSOCIATES, LLC**

/s/ *Leonard L. McCants*

_____
Leonard L. McCants, Esquire #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
(301) 588-1850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _____ day of April 2007, a copy of the foregoing opposition to plaintiff's motion to compel production of documents, and answer to interrogatories was mailed via first class mail, postage prepaid to:

George E. Rickman, Esquire
Assistant Attorney General
Civil Litigation Division
P.O. Box 14600
Washington, DC 20044

Melvin Bolden, Esquire
Assistant Attorney General
P.O. Box 14600
Washington, DC 20044

William P. Farley, Esquire
1350 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036

/s/ *Leonard L. McCants*
_____
Leonard L. McCants, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**<br><br>    Plaintiff,<br><br>vs.<br><br>**THE DISTRICT OF COLUMBIA,** *et. al.*<br><br>    Defendant. | C.A. No.: 05 CV 02351 (RCL) |

## **ORDER**

UPON CONSIDERATION of defendant's Hawk One's motion to file out of time defendant Hawk One's opposition to plaintiff Myrdal's motion to compel defendant Hawk One's responses to plaintiff's first request for production of documents and any opposition thereto and this court having been fully advised, it is this _____ day of _____, 2007;

ORDERED, that the defendant Hawk One's motion to file out of time defendant Hawk One's opposition to plaintiff Myrdal's motion to compel defendant Hawk One's responses to plaintiff's first request for production of documents out of time to is GRANTED, and said opposition is hereby accepted for filing *nunc pro tunc.*

_____
JUDGE

*Copies To:*

Leonard L. McCants, Esquire
8701 Georgia Avenue, Suite 801
Silver Spring, Maryland 20910

George E. Rickman, Esquire
Assistant Attorney General
Civil Litigation Division
P.O. Box 14600
Washington, DC 20044

Melvin Bolden, Esquire
Assistant Attorney General
P.O. Box 14600
Washington, DC 20044

William P. Farley, Esquire
1350 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036