```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK


EXHIBIT "A"

| | |
|---|---|
| TX/RX NO | 2109 |
| CONNECTION TEL | 2027750008 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/26 11:54 |
| USAGE T | 07'22 |
| PGS. SENT | 26 |
| RESULT | OK |

## McCANTS & ASSOCIATES LLC
## FAX TRANSMITTAL COVER SHEET

Date: 3/26/07                    Time: 12:58 (a.m./p.m.)

Total Number Of Pages Including Cover Sheet  26

NOTE:   If you do not receive all pages of this transmission, please call the sender as soon as possible at the number listed below.

To Name: William P. Farley, Esquire

Firm/Company: _____

Phone No.: (202) 775-1550   Fax No.: (202) 775-0008

From Name: The Paralegal Department on behalf of
Leonard L. McCants, Esquire

Phone No.: (301) 588-1850    Fax No.: (301) 495-7706

Re: Mydral vs. District of Columbia

Comments: Case # 05-CV-02351 (RCL) Please find attached hereto Hawk One's Answers to Interrogatories & Response to Request for Production of documents.

☐ This is the only original   ☐ Please acknowledge   ☒ Original follow this