```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2109
CONNECTION TEL
SUBADDRESS                  2027750008
CONNECTION ID
ST. TIME                    03/26 11:54
USAGE T                     07'22
PGS. SENT                   26
RESULT                      OK
```

EXHIBIT "A"

## McCANTS & ASSOCIATES LLC
### FAX TRANSMITTAL COVER SHEET

Date: 3/26/07         Time: 12:58 (a.m./**p.m.**)

Total Number Of Pages Including Cover Sheet: 26

NOTE: If you do not receive all pages of this transmission, please call the sender as soon as possible at the number listed below.

To Name: William P. Farley, Esquire

Firm/Company: _____

Phone No.: (202) 775-1550    Fax No.: (202) 775-0008

From Name: The Paralegal Department on behalf of Leonard L. McCants, Esquire

Phone No.: (301) 588-1850    Fax No.: (301) 495-7706

Re: Mydral vs. District of Columbia

Comments: Case #05-CV-02351 (RCL) Please find attached hereto Hawk One's Answers to Interrogatories & Response to Request for Production of documents.

☐ This is the only original    ☐ Please acknowledge    ☒ Original follow this