UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**<br><br>Plaintiff,<br><br>vs.<br><br>**THE DISTRICT OF COLUMBIA,** *et. al.*<br><br>Defendant. | C.A. No.: 05 CV 02351 (RCL) |

**OPPOSITION TO PLAINTIFF'S MYRDAL MOTION TO COMPEL DEFENDANT HAWK ONE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW, the defendant, Hawk One, by counsel and files this their opposition to plaintiff's motion to compel and states as follows:

1. On March 14, 2007, the plaintiff filed a motion to compel defendant Hawk One's answers to plaintiff's discovery request.

2. On March 26, 2007, the defendant faxed and mailed their answers and responses to plaintiff's first request for production of documents to plaintiff's attorney William Farley, Esquire (See copy of fax transmittal attached hereto as Exhibit "A").

3. Given the present posture of this case, the plaintiff's motion to compel is moot and therefore should be dismissed.

WHEREFORE, the defendant, Hawk One hereby request that this court dismiss the plaintiff's motion to compel as being moot and grant them such other and

1

further relief as to this court may appear just and proper.

## **POINTS AND AUTHORITIES**

1. The inherent powers of this court and the facts stated herein

2. The record herein


Respectfully submitted,

**McCANTS & ASSOCIATES, LLC**


/s/ *Leonard L. McCants*

_____
Leonard L. McCants, Esquire #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
(301) 588-1850

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _____ day of April 2007, a copy of the foregoing opposition to plaintiff's motion to compel production of documents, and answer to interrogatories was mailed via first class mail, postage prepaid to:

George E. Rickman, Esquire
Assistant Attorney General
Civil Litigation Division
P.O. Box 14600
Washington, DC 20044

Melvin Bolden, Esquire
Assistant Attorney General
P.O. Box 14600
Washington, DC 20044

William P. Farley, Esquire
1350 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036

/s/ *Leonard L. McCants*
_____
Leonard L. McCants, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**<br><br>Plaintiff,<br><br>vs.<br><br>**THE DISTRICT OF COLUMBIA,** *et. al.*<br><br>Defendant. | C.A. No.: 05 CV 02351 (RCL) |

## ORDER

UPON CONSIDERATION of defendant's Hawk One's motion to compel Production of Documents, and Answers to Interrogatories and this court having been fully advised, it is this _____ day of _____, 2007;

ORDERED, that the plaintiff's motion to compel discovery is denied as being moot.

_____
JUDGE

*Copies To:*

Leonard L. McCants, Esquire
8701 Georgia Avenue, Suite 801
Silver Spring, Maryland 20910

George E. Rickman, Esquire
Assistant Attorney General
Civil Litigation Division
P.O. Box 14600
Washington, DC 20044

4

Melvin Bolden, Esquire
Assistant Attorney General
P.O. Box 14600
Washington, DC 20044

William P. Farley, Esquire
1350 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036