UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN S. MYRDAL. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:05-cv-02351(RCL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| | ) |
|     Defendants. | ) |

JOINT MOTION TO EXTEND DISCOVERY
AND TO RESET MOTIONS DEADLINES

The parties, by counsel, respectfully request that the court further extend the discovery period in this case until September 14, 2007. In support of this motion, the parties state as follows:

1. The discovery period is currently scheduled to end on August 7, 2007. Written discovery has been virtually completed; however more time is needed to complete all discovery. No party will be prejudiced by this enlargement.

2. Counsel have discussed the scheduling of depositions and completing discovery in this matter. Counsel anticipate that there will be a minimum of 5 depositions including witnesses of the plaintiff and defendants to complete discovery in this case. Counsel reviewed their respective schedules and trial dates in other cases and agree that the parties will likely need until September 14, 2007, to complete all discovery. In addition, one counsel is unavailable due to his recovery from an illness.

3. The parties also request that the dispositive motion schedule be amended to permit motions to be filed on October 5, 2007, oppositions to be filed on October 19, 2007, and replies, if any, on October 31, 2007.

.   Accordingly, counsel respectfully request that the Court extend discovery, herein, until September 14, 2007, and the dispositive motion deadline to October 5, 2007. If there are any difficulties in the completion of discovery at that point, it can be brought to the Court's attention before the requested close of discovery in September, 2007.

Respectfully submitted,

William P. Farley

_____
WILLIAM P. FARLEY, Esquire # 466280
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

Leonard L. McCants

_____
LEONARD L. MCCANTS, Esquire #
McCants & Associates, LLC
8701 Georgia Avenue, Suite 801
Silver Spring, Maryland 20910

LINDA SINGER
Attorney General
 for the District of Columbia

GEORGE C. VALENTINE
 Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (#1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001

      George E. Rickman
      _____
      GEORGE E. RICKMAN # 433298
      Assistant Attorney General
      General Litigation Section IV
      P.O. Box14600
      Washington, D. C. 20044-4600

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Joint Motion to Extend Discovery, Memorandum and proposed Order were electronically served this day of July, 2006, upon William Farley, Esquire, Leonard L. McCants, Esquire and George E. Rickman..

      _____
      Melvin W. Bolden, Jr.
      Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN MYRDAL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-2351 |
| | ) | (RCL) |
| DISTRICT OF COLUMBIA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The concurrence of the parties.

3. The reasons set forth in the motion.

4. The record herein.

    Respectfully submitted,

    William P. Farley
    _____
    WILLIAM P. FARLEY, Esquire # 466280
    Law Office of William P. Farley, P.C.
    1350 Connecticut Avenue, N.W.
    Suite 200
    Washington, D.C. 20036

    Leornard L. McCants
    _____
    LEONARD L. MCCANTS, Esquire #
    McCants & Associates, LLC
    8701 Georgia Avenue, Suite 801
    Silver Spring, Maryland 20910

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (#1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001

George E. Rickman
_____
GEORGE E. RICKMAN # 433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, D. C. 20044-4600