UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN S. MYRDAL.                                )
                                                  )
      Plaintiffs,                         )
                                                  )
v.                                                )   Case No. 1:05-cv-2351
                                                  )   (RCL)
DISTRICT OF COLUMBIA, et al.                      )
                                                  )
      Defendants.                         )

<u>ORDER</u>

Upon consideration of the Joint Motion to Extend Discovery And

to Reset Motions Deadlines, the concurrence of the parties thereto, and the record herein,

it is, by the Court, this ___ day of  August,  2007,

      ORDERED: that the Joint Motion to Extend Discovery And Reset Motions

Deadlines, be and hereby is GRANTED; and it is

      FURTHER ORDERED: that discovery shall be  completed on or before

September 14, 2007; and it is

      FURTHER ORDERED: that dispositive motions shall be filed on  October

5, 2007, oppositions on  October 19, 2007 and replies, if any,  on October 31, 2007.

        _____
        ROYCE C. LAMBERTH
        United States District Judge