UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2351 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the joint motion [59] to extend discovery and to reset motions deadlines, the concurrence of the parties thereto, and the entire record herein, it is hereby

ORDERED that the joint motion [59] to extend discovery and to reset motions deadlines is GRANTED; it is further

ORDERED that discovery shall be completed on or before September 14, 2007; and it is further

ORDERED that dispositive motions shall be filed on October 5, 2007, oppositions on October 19, 2007, and replies, if any, on October 31, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 2, 2007.