## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN MYRDAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2351 (RCL) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant District of Columbia's motion for a protective order, any opposition thereto, any reply, the facts the law and the record herein, it is this _____ day of _____ 2007, and it is,

**ORDERED:** that the defendant District of Columbia's motion for a protective order is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the notice of deposition for Dr. Gregory Pane is hereby **QUASHED.**

 ROYCE C. LAMBERTH
 United States District Court Judge