UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**PLAINTIFF'S SECOND MOTION FOR LIMITED EXTENSION OF THE DISCOVERY PERIOD AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Plaintiff respectfully requests a limited thirty day extension of the discovery period in the above-referenced case. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16.4(a) of the Local Rules for the U.S. District Court, her request should be granted.

Pursuant to local rule 7 Plaintiff requested Defendant's consent to this motion. Defendants District and Columbia and Senior-Fisher consented. Defendant Hawk One has not responded to email and phone calls.

Plaintiff was a high ranking manager with the District of Columbia until she complained that her purse and other personal effects were searched by D.C. employees and Hawk One special police officers.

Plaintiff has properly noticed the Rule 30(b)(6) deposition of Defendant. An enlargement of time is necessary because Counsel for Defendant Senior Fisher has informed the parties that he

does not have one date in the entire month of September in which he can attend a deposition.[1]  In addition, Defendant District of Columbia has informed the parties they are still lining up witnesses.

Thus, Plaintiff asks that discovery be enlarged so she can depose the District of Columbia. In support of her Motion, Plaintiff states as follows:

1.

Discovery in this matter ends on September 14, 2007.  Rule 16(b) of the Federal Rules of Civil Procedure allows for modifications to a deadline set in a scheduling order "upon a showing of good cause." Fed. R. Civ. P. 16(b). Similarly, Local Rule 16.4 authorizes the Court to "modify the scheduling order at any time upon a showing of good cause." LCvR 16.4(a).

2.

Good cause exists to extend the discovery period by thirty days in this case - Senior Fisher's counsel has informed the parties that he does not have one free three hour block of time in the whole month of September and the District of Columbia has not identified their Rule 30(b)(6) witnesses.

3.

Finally, good cause exists because a limited, thirty day extension of discovery period would not prejudice the parties nor frustrate the proceedings.

**WHEREFORE**, Myrdal respectfully moves this Court for a thirty day extension of the discovery period.  The thirty days to commence from the time of the Court's Order.

---

[1] The same counsel informed the parties he only had one day he could attend a deposition in the months of July and August -- July 23, 2007.

        Respectfully submitted,

        _/s/ William P. Farley_
William P. Farley, D.C. Bar No. 466280
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| | ) |
| **THE DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's Second Motion for a Limited Extension of the Discovery Period, Plaintiff's memorandum of points and authorities in support thereof, Defendant Hawk One's opposition, if any, thereto, Plaintiff's Reply and the record herein, it is the ___ day of _____ 2007 hereby:

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that discovery in this matter shall end thirty days after the date of this order; and it is further

**ORDERED** that all dispositive motions shall be filed no later than twenty days after the close of discovery; and it is further

**ORDERED** that the opposing party shall have two weeks to respond and to file any cross motion; and it is further

**ORDERED** that the party who filed the initial motion will then have one week to reply, and to oppose any cross-motion; and it is further

**ORDERED** that the other party will then have one week to file a reply; and it is further

**ORDERED** that the Pretrial Conference be held on _____, 2007.


_____
Judge Royce C. Lamberth
United States District Court Judge

Copies to:

William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550
(202) 775-0008 (fax)
farley@dccounselor.com
Counsel for Plaintiff

Leonard Lewis McCants - #328526
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
mccantslaw@aol.com
Counsel for Defendant Hawk Security

George E. Rickman #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
Counsel for Defendant District of Columbia

Melvin Bolden, Esquire
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625
Counsel for Defendant Paula Senior Fisher
Melvin.Bolden@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Second Motion for Limited Extension of the Discovery Period was served on defendants by the Court's Electronic Filing System, on this 14th day of September 2007 to:

>Leonard Lewis McCants - #328526
>8701 Georgia Avenue, Suite 801
>Silver Spring, Maryland 20910
>mccantslaw@aol.com
>Counsel for Defendant Hawk Security
>
>George E. Rickman #433298
>Assistant Attorney General
>Civil Litigation Division - General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625 - george.rickman@dc.gov
>Counsel for Defendant District of Columbia
>
>Melvin Bolden, Esquire
>Assistant Attorney General
>Civil Litigation Division
>General Litigation Section IV
>P.O. Box 14600
>Washington, DC 20044-4600
>202-442-9840/fax 202-727-3625
>Counsel for Defendant Paula Senior Fisher
>Melvin.Bolden@dc.gov
>
>Respectfully submitted,
>
>
>/s/ William P. Farley
>Law Office of William P. Farley, P.C.
>1350 Connecticut Avenue, N.W.
>Suite 200
>Washington, D.C. 20036
>(202) 775-1550
>(202) 775-0008 (fax)
>farley@dccounselor.com
>Counsel for Plaintiff