UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE DISTRICT OF COLUMBIA.** *et al.,* )<br>)<br>)<br>Defendants. )<br>) | C.A. No. 05 CV 02351 (RCL) |

**PLAINTIFF'S NOTICE OF DEPOSITION
TO GREGG A. PANE. M.D. AND SUBPOENA DUCES TECUM**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and Fed. R. Civ. P. 45 and LCvR 26.2 and LcvR 30.3, Plaintiff will take the deposition upon oral examination of GREGG A. PANE, M.D., on Friday, August 3, 2007 commencing at 1:00 p.m., at the Law Office of William P. Farley, 1350 Connecticut Avenue, N.W., Suite 200, Washington, D.C. 20036. The deposition will be taken before a notary public or other officer authorized to administer oaths and shall be recorded by sound or stenographic means. If necessary, the depositions shall continue from day to day until completed.

Respectfully submitted,

*/s/ William P. Farley*

William P. Farley #466280
The Law Office of William P. Farley
1350 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 775-1550 x-115
Counsel for Plaintiff

# EXHIBIT A

## INSTRUCTIONS

All documents that respond, in whole or part, to a request should be produced in their entirety. Documents that in the original condition were stapled, clipped, or otherwise fastened together should be produced in such form. Where multiple copies of documents exist, each non-identical copy should be produced. All documents should be grouped together according to the individual paragraphs of the request to which they are responsive, or should be produced as they are kept in the usual course of business.

1. Use of the singular shall be deemed to include the plural, and vice versa. The term "all" includes "any," and vice versa. The terms "and" and "or" should be interpreted as conjunctive, disjunctive, or both, depending on the context, so as to have their broadest meaning. Whenever necessary to bring within the scope of a request all information or documents that might otherwise be construed to be outside its scope, the use of a verb in any tense shall be construed as the use of the verb in all other tenses.

2. If, in responding to any request, you object to responding to any part of the request, you should respond to each part of the request to which you do not object and state separately the grounds for objection.

3. If any privilege or protection is claimed as to any document, state the nature of the privilege or protection claimed (e.g., attorney-client, work product) and state the basis for claiming the privilege or protection. If less than an entire document is claimed to be privileged, furnish a copy of those portions of the document that are not privileged. For each document or portion of a document for which privilege or protection is claimed, provide the following

information:

a. the title of the document;

b. the identity and title of each author;

c. the identity and title of each recipient;

d. the date of the document;

e. a description of the document; and

f. a statement of the basis on which privilege is claimed.

## DEFINITIONS

A. "Document" refers to any written, recorded or tangible graphic matter, or any other means of preserving thought, expression or communication, including all non-identical copies, drafts, worksheets, transcripts and proofs, whether handwritten, typed, printed or otherwise created, including telephone slips and logs, diaries, diary entries, calendars, pocket or notebook computer calendars, reports, correspondence, memoranda, interoffice and intraoffice memoranda, notes, notations, video tapes, video cartridges or cassettes, audio tapes, audio cartridges or cassettes, electronic recordings of any kind, photographs, voicemail, electronic data, e-mail or electronic mail messages or other exchanges of information between computers, computer tapes, computer diskettes or disks, computer printouts, computer databases, computerized back-up tapes and all information stored in electronic form in your possession, custody or control.

B. A document "relates" to or "pertains" to a given subject matter if it constitutes, contains, comprises, consists of, embodies, identifies, states, refers to, deals with, sets forth, proposes, shows, evidences, discloses, describes, discusses, explains, summarizes, concerns, or otherwise addresses

in any way that subject, whether in whole or in part.

C. "You" or "your" refers to GREGG A. PANE, M.D., as well as anyone acting on his behalf and anyone acting under his supervision and control.

D. "*Mydral* v. *The District of Columbia*" refers to the D.C. Federal District Court matter *Mydral* v. *The District of Columbia, 05 CV 2351*.

## DOCUMENTS REQUESTED

1. Any and all documents used to prepare for your anticipated testimony in the matter of *Mydral* v. *The District of Columbia*.

2. Any and all documents provided to you by any source, including counsel for any party, relating to your anticipated testimony in the matter of the matter of *Mydral* v. *The District of Columbia*.

**3.** Any and all documents which you are aware of within any defendants' possession or control which pertain to the matter of *Mydral* v. *The District of Columbia*.

4. Any and all documents concerning the matter of *Mydral* v. *The District of Columbia*.

5. Any document with Ms. Mydral's name on it, or, which refers to Ms. Mydral that could concern this matter, including investigations, reports and emails.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs notice of deposition examination and Subpoena Duces Tecum of GREGG A. PANE, M.D. was served on all parties by delivering a copy thereof, via email, as requested by defendants, and by U.S. Mail, postage prepaid on this 25th day of July 2007,

>
> Leonard Lewis McCants - #328526
> 8701 Georgia Avenue, Suite 801
> Silver Spring, Maryland 20910
> mccantslaw@aol.com
> Counsel for Defendant Hawk Security
>
> GEORGE E. RICKMAN #433298
> Assistant Attorney General
> Civil Litigation Division
> General Litigation Section IV
> P.O. Box 14600
> Washington, DC 20044-4600
> 202-442-9840/fax 202-727-3625 - george.rickrnan@dc.gov
> Counsel for Defendant District of Columbia
>
> Melvin Bolden, Esquire
> Assistant Attorney General
> Civil Litigation Division
> General Litigation Section IV
> P.O. Box 14600
> Washington, DC 20044-4600
> 202-442-9840/fax 202-727-3625
> Counsel for Defendant Fisher
> Melvin.Bolden@dc.gov
>
> _____
> William P. Farley #466280
> The Law Office of William P. Farley
> 1350 Connecticut Avenue, N.W., Suite 200
> Washington, D.C. 20036
> (202) 775-1550 x-115
> Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05 CV 02351 (RCL) |
| **THE DISTRICT OF COLUMBIA,** *et* **al.,** | ) |
| Defendants. | ) |

## PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY

I HEREBY certify that on July 25, 2007, I served on all parties hereto Plaintiffs Notice of Deposition and Subpoena Duces Tecum to **GREGG A. PANE, M.D.** via overnight mail for delivery on and that I will retain the original of this document in my possession, without alteration, until the case in concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

William P. Farley #466280
The Law Office of William P. Farley
1350 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 775-1550 x-115
Counsel for Plaintiff