# CONFIRMATION



Washington, D.C.   Philadelphia, PA
Baltimore, MD         New York, NY
Greenbelt, MD      San Francisco, CA
Alexandria, VA         San Rafael, CA
Tysons Corner, VA        Oakland, CA
A/R Questions?
(202) 857 - DEPO

| Job No. | 11525 | Scheduled Date | 9/5/2007 10:46:24 AM |
|---|---|---|---|
| **Attn** | William Farley | **Attorney** | William P. Farley |
| **Firm** | Law Offices of William P. Farley<br>1350 Connecticut Avenue<br>Suite 200<br>Washington, DC<br>Phone:<br>Fax: | | |

This fax/email is being sent as confirmation of the following scheduled deposition:

| **Style of Case** | Mydral v. DC | | |
|---|---|---|---|
| **Witness(es)** | Deneen Long, Greg Pane | | |
| **Deposition Date** | 09/10/2007 | **Time** | 01:00 PM - 05:00 PM |
| **Location** | Law Offices of William P. Farley<br>1350 Connecticut Avenue<br>Suite 200<br>Washington, DC<br>Phone:<br>Room No.:<br>Detail: | | |
| **Remarks** | Expedite:  N<br>RASCII: N<br>Video: N | | |

Thank you for booking with us!  Did you know that you can book online at www.CapitalReportingCompany.com (Washington, DC) www.BellReporting.com (Philadelphia) or www.GoldenGateReporting.com (West Coast)?  However, please call for bookings closer than 2 business days out from the deposition.  **WE CONFIRM EVERY BOOKING WITH AN EMAIL AND A PHONE CALL THE DAY BEFORE.**  We would also appreciate a copy of the deposition notice as this always helps to prevent any confusion!  If you have indicated that you would like LiveNote/RealTime service, please make sure your computer has a serial connection.  Unfortunately, our reporters are unable to provide external adapters.  If the deposition is taking place in one of our conference rooms, an hourly fee may apply for reserving the room.  If you choose not to have the transcript written up, you will incur a "No Write Up Fee."
**Cancellation Policy**:  In the event that the deposition cancels, please call us at 202.857.3376 (Washington, DC) 215.236.3376 (Philadelphia) or 415.499.3376 (West Coast).  Please note that an appearance fee of $150 will be charged for all depositions not canceled by 5:00PM the day before.  Please call the office for more information regarding these charges.
**Transcription Jobs**:   If your file is not capable of being uploaded through www.YouSendIt.com please send us a COPY of the file, along with a detailed word list.  Please do NOT send us the original file.  Our copy will not be returned unless requested upon confirmation.

Thank you for allowing us to serve you!