UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL**      ) | |
| ) | |
| **Plaintiff,**      ) | |
| ) | |
| v.      ) | C.A. No. 05 CV 02351 (RCL) |
| ) | |
| **THE DISTRICT OF COLUMBIA, et al.**      ) | |
| ) | |
| ) | |
| **Defendants.**      ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff's Second Motion for a Limited Extension of the Discovery Period, Plaintiff's memorandum of points and authorities in support thereof, Defendant Hawk One's opposition, if any, thereto, Plaintiff's Reply and the record herein, it is hereby

**ORDERED** that the Plaintiff's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that discovery in this matter shall end thirty days after the date of this order; and it is further

**ORDERED** that all dispositive motions shall be filed no later than twenty days after the close of discovery; and it is further

**ORDERED** that the opposing party shall have two weeks to respond and to file any cross motion; and it is further

**ORDERED** that the party who filed the initial motion will then have one week to reply, and to oppose any cross-motion; and it is further

**ORDERED** that the other party will then have one week to file a reply.

After the Court rules on any dispositive motions, it will set a status conference at which it will set dates for pretrial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.