THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05 CV 02351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**PRAECIPE OF WITHDRAWAL AND APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General George E. Rickman as attorney for the District of Columbia in this case and enter the appearance of Assistant Attorney General C. Vaughn Adams as attorney for the District of Columbia.

        Respectfully submitted,

        LINDA SINGER
        Attorney General


        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        __/s/ Patricia A. Jones_____
        PATRICIA A. JONES [428132]
        Section Chief
        General Litigation Section IV

                                                                    __/s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 724-6519
(202) 727-3625 (fax)
corliss.adams@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19th day of November, 2007, that a copy of the foregoing Praecipe was delivered via the U.S. District Court's electronic notification system or mailed postage prepaid to:

| | |
|---|---|
| William Farley, Esq.<br>Law Office of William P. Farley, P.C.<br>1350 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20036 | Leonard McCants, Esq.<br>The Law Office of Leonard McCants<br>8701 Georgia Avenue<br>Silver Spring, MD 20910 |

Melvin Bolden, Esq.
Assistant Attorney General
Office of the Attorney General
For the District of Columbia
441 4th Street, N.W. 6th Floor South
Washington, D.C. 20001

                                                                  _/s/ C. Vaughn Adams____
C. Vaughn Adams
Assistant Attorney General