THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05 CV 02351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSETO PLAINTIFF'S MOTION PURSUANT TO RULE 37(d)**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby moves this Court for leave to respond to Plaintiff's Motion Pursuant to Rule 37(d) to compel discovery and enlarge time for response thereto to November 30, 2007.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

On November 19, 2007, plaintiff's counsel stated that he would not consent to this Motion.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__/s/_ Patricia A. Jones_____

>PATRICIA A. JONES [428132]
>Section Chief
>General Litigation Section IV
>
>
>   /s/  C. Vaughn Adams
>C. VAUGHN ADAMS [449770]
>Assistant Attorney General
>441 4th Street, N.W., 6S-066
>Washington, D.C. 20001
>(202) 724-6519
>(202) 727-3625 (fax)
>corliss.adams@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19th day of November, 2007, that a copy of the foregoing Motion for Leave to Respond to Plaintiff's Motion Pursuant to Rule 37(d) was delivered via the U.S. District Court's electronic notification system or mailed postage prepaid to:

William Farley, Esq.
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

Leonard McCants, Esq.
The Law Office of Leonard McCants
8701 Georgia Avenue
Silver Spring, MD 20910

Melvin Bolden, Esq.
Assistant Attorney General
Office of the Attorney General
For the District of Columbia
441 4th Street, N.W. 6th Floor South
Washington, D.C. 20001

>   /s/ C. Vaughn Adams
>C. Vaughn Adams
>Assistant Attorney General

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No: 05 CV 02351 (RCL) |
| | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSETO PLAINTIFF'S MOTION PURSUANT TO RULE 37(d)**

Defendant District of Columbia ("the District"), by and through undersigned counsel, hereby moves this Court for leave to respond to Plaintiff's Motion Pursuant to Rule 37(d) on or before November 30th, 2007.

As grounds therefor the District states as follows:

1. On October 26, 2007, Plaintiff filed a Motion Pursuant to Rule 37(d) to compel discovery and for sanctions against the District of Columbia to compel the deposition of a designated representative of the "District of Columbia". Defendants' Opposition to the Motion was due on November 9, 2007.

2. Counsel for Defendant District of Columbia, Assistant Attorney General George E. Rickman, has recently taken indefinite administrative leave and was unable to respond to the motion. Due to a staffing shortage in the office, substitute counsel was unavailable to respond to the

1

motion until this week. Assistant Attorney General C. Vaughn Adams has been assigned the case as of November 16, 2007 and has entered his appearance as of this date.

3. Mr. Adams is rapidly familiarizing himself with the case and will file a proper response to the motion as quickly as possible so that this dispute may be resolved without further delay.

4. The District, therefore, requests leave to respond to the Plaintiff's Motion Pursuant to Rule 37(d) and an extension of time to November 30, 2007, to complete and file its Reply Memorandum.  No party will be prejudiced by this delay, given that it is unlikely that any deposition would be scheduled over the next few weeks of this holiday season.

WHEREFORE, for the foregoing reasons, the District moves this Court to grant it leave to respond to Plaintiff's Motion Pursuant to Rule 37(d) and an enlargement of time to November 30, 2007, by which it must file its Opposition to Plaintiff's motion.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Section Chief
General Litigation Section IV

   /s/ C. Vaughn Adams_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W., 6S-066
Washington, D.C. 20001
(202) 724-6519
(202) 727-3625 (fax)
corliss.adams@dc.gov

2