THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05 CV 02351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**O R D E R**

Upon consideration of the Defendant's Motion for Leave to Respond to Plaintiff's Motion Pursuant to Rule 37(d) on or before November 30th, 2007, Memorandum of Law, and the facts and law considered, it is hereby ORDERED;

The Motion is GRANTED; and it is further ORDERED;

That the District shall have an additional ten (10) days to file its Reply Memorandum, which shall be due on or before November 30, 2007.

So ORDERED this _____ day of _____, 2007.

_____
Hon. Royce C. Lamberth ,
United States District Court Judge

copies to:

C. Vaughn Adams
Assistant Corporation Counsel
441 4th Street, N.W.
6th Floor South

Washington, D.C. 20001

William Farley, Esq.
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036

Leonard McCants, Esq.
The Law Office of Leonard McCants
8701 Georgia Avenue
Silver Spring, MD 20910

Melvin Bolden, Esq.
Assistant Attorney General
Office of the Attorney General
For the District of Columbia
441 4th Street, N.W. 6th Floor South
Washington, D.C. 20001