Subject: Activity in Case 1:05-cv-02351-RCL MYRDAL v. DISTRICT OF COLUMBIA et al Motion to Compel
From: DCD_ECFNotice@dcd.uscourts.gov
Date: Fri, Oct 26, 2007 9:05 pm
To: DCD_ECFNotice@dcd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered by Farley, William on 10/26/2007 at 9:05 PM and filed on 10/26/2007
Case Name: MYRDAL v. DISTRICT OF COLUMBIA et al
Case Number: 1:05-cv-2351
Filer: MARILYN SEABROOKS MYRDAL
Document Number: 65

Docket Text:
First MOTION to Compel the District of Columbia to Appear for their Properly Noticed Rule 30(b)(6) Deposition by MARILYN SEABROOKS MYRDAL (Attachments: # (1) Exhibit September Notice# (2) Exhibit October Notice)(Farley, William)

1:05-cv-2351 Notice has been electronically mailed to:

Melvin W. Bolden , Jr     melvin.bolden@dc.gov, kimberly.matthews@dc.gov

William P. Farley     farley@dccounselor.com

Leonard Lewis McCants     mccantslaw@aol.com

**George E. Rickman     george.rickman@dc.gov, phillip.lattimore@dc.gov**
[emphasis added]

1:05-cv-2351 Notice will be delivered by other means to::

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Clients\Mydral\Rule 30b6 Motion\memo.compel.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=10/26/2007] [FileNumber=1593803-0
] [6204aead6c4ae38876908a105464756bd4fa841a49a6a8accce8e7ba43e27b4ccfd
421e2b376c91c49253c272c6cd236de7a641625f29aead7cb7d780120851f]]
Document description:Exhibit September Notice
Original filename:C:\Clients\Mydral\Rule 30b6 Motion\Exh A rULE 30(B)(6) NOTICE.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=10/26/2007] [FileNumber=1593803-1
] [895152d504306f1a7179937e23305262f66c7a4806a11d3554251daccff817cb17e
229ef59ab3b81dbd160b05a4643a42dbd875c75fbb98011bffb466ad429a1]]
Document description:Exhibit October Notice
Original filename:C:\Clients\Mydral\Rule 30b6 Motion\Exh B 30b6 served.pdf
Electronic document Stamp:
[STAMP dcecfStamp_ID=973800458 [Date=10/26/2007] [FileNumber=1593803-2
] [4475ee7efe7dc241deeb38439b07d4651f0852e59e1424c0fea5de216af4f672a7d
bcdb8094c327b2449d82504a2f369b95a457fdcc9f160fb32bbcac594c7d8]]

Copyright © 2003-2007. All rights reserved.