**Bolden, Melvin (OAG)**

| | |
|---|---|
| **From:** | Bolden, Melvin (OAG) |
| **Sent:** | Thursday, October 18, 2007 2:46 PM |
| **To:** | 'William P. Farley'; 'Leonard McCants' |
| **Cc:** | Rickman, George (OAG) |
| **Subject:** | Rule 30 (b)(6) Deposition Noted for October 23, 2007 |

Mr. Farley:

I have a court appearance on October 23, 2007 so I am unavailable for the Rule 30(b) (6) deposition. I have also checked with Mr. Rickman and he indicates that he is also not available on October 23. Please provide me with alternative dates and I will advise you of my availability.

Thank you.