**Bolden, Melvin (OAG)**

**From:** Bolden, Melvin (OAG)
**Sent:** Monday, October 22, 2007 1:16 PM
**To:** 'William P. Farley'; Rickman, George (OAG); 'Leonard McCants'
**Subject:** RE: Tomorrow's Deposition

Mr. Farley: As indicated to you in my email of October 18, 2007, I have a matter before Judge Kollar - Kotelly the morning of October 23, 2007. When you and Mr. Rickman have worked out alternate dates, please let me know.

---

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Monday, October 22, 2007 10:02 AM
**To:** Melvin Bolden; George Rickman; Leonard McCants
**Subject:** Tomorrow's Deposition

# Dear Counselors,

# I will see you tomorrow at the deposition. Let me know if you want me to pick up donuts.

# Thank you.

# Bill Farley

# CONFIRMATION From Capital Reporting Company:

Attn William Farley Attorney William P. Farley
Firm Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200
Washington, DC
Phone: 202.775.1550
Fax: 202-775-0008

# This fax/email is being sent as confirmation of the following scheduled deposition:

Style of Case Mydral v. DC
Witness(es) 30(b)6 from DC

# Deposition Date 10/23/2007 Time 10:00 AM - 02:00 PM

Location Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200

11/30/2007

Washington, DC
Phone: 202.775.1550
Room No.:
Detail:
**Remarks** Duration: 4 Hrs
Expedite: N
RASCII: N
Video: N

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s)and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

11/30/2007