Print | Close Window

Subject: Depositions
From: "William P. Farley" <farley@dccounselor.com>
Date: Fri, Sep **07, 2007 8:14** pm
To: melvin.bolden@dc.gov, mccantslaw@aol.com, george.rickman@dc.gov

Dear Counselor's,

This is to confirm that Plaintiff will honor Mr. Bolden's request to have Ms. Senior-Fisher's deposition held on Monday. September 10, 2007 at 2:30 p.m. instead of today when Defendant Senior-Fisher did not show up for her properly noticed deposition.

I asked that counsel send me any three hour block of time they have next week for the Rule 30(b)(6) deposition so I could accomodate everyone's respective schedule. No one sent me any hours so I will assume Friday, September 14, 2007, will work for everyone.

I will order the court reporter for Friday and I look forward to seeing everyone on Monday and then on Friday. If you have other hours that you are available next week and forgot to send them, please send them as I said above, I would like to accomodate everyone.

I know Mr. Bolden has represented that he had only one free three-hour block of time in July, one day free in August, and just two days free between August 24 and September 10.

I would expect that the District provide another attorney if Mr. Bolden is so busy. Please send me the name of the person that will be covering next Friday's deposition if Mr. Bolden is unavailable.

Thank you

William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

Subject: Myrdal v. D.C. -Tomorrow's Deposition Will Go Forward As Scheduled
From: "William P. Farley" <farley@dccounselor.com>
Date: Mon, Oct 22, 2007 2:07 pm
To: "Rickman, George (OAG)" <george.rickman@dc.gov>
Cc: Leonard McCants <mccantslaw@aol.com>, Melvin Bolden <Melvin.Bolden@dc.gov>
Bcc: Mar

Mr. Rickman,

Plaintiff does not plan to change tomorrow's deposition. Discovery closes on Friday and this is the first time we have been told that the District will refuse to go forward with their discovery obligations.

As we understand it, Mr. Bolden does not represent the District nor speak for the District in this matter. We understood there was a conflict between the District and Ms. Senior-Fisher that precluded joint representation. We, and the Court, were told that Mr. Bolden represented only Ms. Senior-Fisher.

Mr. Bolden does not have any free time - ever. We expected that he would make a decision and weigh this matter with the other matters he handles. As you know, he represented that he did not have three hours in the whole month of September and October for a deposition. He also represented that he only had one free day in July and none in August.

The plaintiff can not wait for Mr. Bolden to depose the District. He represents another Defendant that may, but is not required, to attend this deposition. He had plenty of notice and could have changed his schedule if he desired. If he does not want to attend, he does not have to attend the deposition.

In addition, as we understand it, Mr. Pane is no longer working for the District of Columbia. I believe the District has a responsibility to file with the Court bringing them up to date and explaining that their arguments concerning Mr. Pane's busy schedule are now moot.

We expect to see you tomorrow, or another attorney from the District at 10:00 a.m. There is no reason to change the deposition at this late hour and plaintiff plans to go forward. The reporter has been ordered and my schedule has been cleared. Both of these are expensive for my client and she can not afford to have this deposition changed. In addition, there is a $150 fee to cancel the court reporter.

Thank you.


William P. Farley
Law Office of William P. Farley, P.C
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

-------- Original Message --------
Subject: RE: Tomorrow's Deposition
From: "Rickman, George (OAG)" <george.rickman@dc.gov>
Date: Mon, October 22. 2007 10:08 am

To: '"William P. Farley"' <farley@dccounselor.com>

As explained by Mr. Bolden, the District will not be ready to go forward with a deposition tomorrow There are scheduling conflicts that have not been resolved. You still have not responded to my offer concerning Dr. Pane's proposed deposition.

George E. Rickman
Assistant Attorney General, D.C.
202-442-9840

**From:** William P. Farley [mailto:farley@dccounselor.com]
**Sent:** Monday, October 22, 2007 10:02 AM
**To:** Melvin Bolden; George Rickman; Leonard McCants
**Subject:** Tomorrow's Deposition

**Dear Counselors,**

**I will see you tomorrow at the deposition. Let me know if you want me to pick up donuts.**

**Thank you.**

**Bill Farley**

**CONFIRMATION From Capital Reporting Company:**

**Attn** William Farley **Attorney** William P. Farley
**Firm** Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200
Washington, DC
Phone: 202.775.1550
Fax: 202-775-0008

**This fax/email is being sent as confirmation of the following scheduled deposition:**
**Style of Case** Mydral v. DC
**Witness(es)** 30(b)6 from DC

**Deposition Date** 10/23/2007 **Time** 10:00 AM -

**02:00 PM**
**Location** Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200
Washington, DC
Phone: 202.775.1550
Room No.:
Detail:
**Remarks** Duration: 4 Hrs
Expedite: N
RASCII: N
Video: N


William P. Farley
Law Office of William P. Farley, P.C.
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 775-1550 - Ext. 115
(202) 775-0008 (fax)
farley@dccounselor.com
www.dccounselor.com

"Justice, sir, is the great interest of man on earth. It is the ligament which holds civilized beings and civilized nations together." -- Daniel Webster

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify The Law Office of William Farley immediately at (202) 775-1550 and destroy all copies of this message and any attachments.

Copyright © 2003-2007. All rights reserved.

Print | Close Window

Subject: RE: rULE 30(B)(6) NOTICE.pdf
From: wfarley@covad.net
Date: Thu, Sep 13, 2007 8:34 pm
To: "Rickman George (OAG)" <george.rickman@dc.gov>
Cc: "Bolden Melvin (OAG)" <Melvin.Bolden@dc.gov>, Leonard McCants <mccantslaw@aol.com>

Counselors:

Mr. Rickman has informed me that there are no witnesses for tomorrow's scheduled deposition.

Please let me know if I have your consent to extend discovery.

Thank you.

William Farley


Quoting "Rickman, George (OAG)" <george.rickman@dc.gov>:

>
> Mr. Farley:
>
> Despite my best efforts, I have not been able to identify and
> secure a 30(b)(6) witness for the proposed deposition date of
> September 14, 2007. Once I have spoken with the GC at the Department
> of Health and someone is firmly in place, I will then be able to
> proffer dates. This should be completed by the first part of next
> week. Of course, you have my consent for more time to complete
> discovery if you think it advisable.
>
> Respectfully,
>
> George E. Rickman
>
> Assistant Attorney General, D.C
>
> 202-442-9840
>
> ------------------------
>
> FROM: Bill Farley [mailto:wfarley@covad.net]
> SENT: Monday, September 10, 2007 2:42 PM
> TO: george.rickman@dc.gov
> SUBJECT: rULE 30(B)(6) NOTICE.pdf
>
> William P. Farley
> Law Office of William P. Farley, P.C.
> 1350 Connecticut Avenue, N.W.
> Suite 200
> Washington, D.C. 20036
> (202) 775-1550 - Extension 115
> (202) 775-0008 (fax)
> mailto:farley@dccounselor.com
> http://www.dccounselor.com
>
> "No man has a natural right to commit aggression on the equal
> rights of another, and this is all from which the laws ought to
> restrain him."
>

> - Thomas Jefferson
>
> STATEMENT OF CONFIDENTIALITY
>
> The information contained in this electronic message and any
> attachments to this message are intended for the exclusive use of the
> addressee(s) and may contain confidential or privileged information. If
> you are not the intended recipient, please notify us immediately at
> (202) 775-1550 and destroy all copies of this message and any
> attachments.

Copyright © 2003-2007. All rights reserved.