```
.........................
  CAPITAL REPORTING CO
  1821 JEFFERSON PL N W
 WASHINGTON, DC 20006000
       202-857-3376

        C O P Y
   12/03/2007  18:14:03
 Sale:

 Transaction #           1
 Card Type:           VISA
 Acc:      ************3266
 Entry:              Manual
 Total:          167.48

 Auth.Code:         020717
 Response:        AP020717
 AVS  Resp.:
        ZIP code matches,
        address does not.


        CUSTOMER COPY
```