# INVOICE



Washington, D.C.  Philadelphia, PA
Baltimore, MD     New York, NY
Greenbelt, MD     San Francisco, CA
Alexandria, VA    San Rafael, CA
Tysons Corner, VA Oakland, CA

A/R Questions?
(202) 857 - DEPO
www.CapitalReportingCompany.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29935 | 12/27/2007 | 13942 |
| Job Date | Case No. | |
| 12/19/2007 | 05CV2351 | |

| Case Name |
|---|
| Mydral v. DC |

| Payment Terms |
|---|
| Due upon receipt |

William P. Farley
Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200
Washington, DC

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kenneth Wong | 49.00 Pages | @ | 3.55 | 173.95 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE  >>>    $188.95**

**Tax ID:** 20-0203552                                   Phone: 202.775.1550   Fax:202-775-0008

*Please detach bottom portion and return with payment.*

William P. Farley
Law Offices of William P. Farley
1350 Connecticut Avenue
Suite 200
Washington, DC

Invoice No.    29935
Invoice Date   12/27/2007
**Total Due    :  $ 188.95**

**Remit To: Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

Job No.     13942
BU ID       1-MAIN
Case No.    05CV2351
Case Name   Mydral v. DC