**Capital Reporting Company**

Page 1

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

---

Marilyn Seabrooks Mydral,              :

      Plaintiff,                 :

    v.                               : C.A. No:

The District of Columbia, et al.        : 05CV2351

      Defendants.                :

                                  :

---

                          Washington, D.C.

                 Wednesday, December 19, 2007

Deposition of:

                    KENNETH WONG

called for oral examination by counsel for Plaintiff, pursuant to notice, at the Law Offices of William P. Farley, 1350 Connecticut Avenue, Suite 200, Washington, D.C., before Jacqueline Schultes, Registered Professional Reporter and Certified Realtime Reporter, beginning at 10:17 a.m., when were present on behalf of the respective parties:

Page 33

1          MR. FARLEY:  I, actually, do mind because
2   number 3 went to obtain the return of plaintiff's
3   government-issued credit card so there's no reason to
4   talk about what you're talking about.
5          MR. ADAMS:  We're going to talk about it
6   anyway.
7          MR. FARLEY:  No, we're --
8          MR. ADAMS:  We are going to talk about it.
9          MR. FARLEY:  We'll call the Judge then.
10         MR. ADAMS:  Call the Judge then.  We're going
11  to have a deposition, if you don't mind.  Get him on
12  the phone.  I'm not going to sit here and play games.
13  If you're going to call a deposition and you don't want
14  me to ask questions of the witness, that's ridiculous.
15         MR. FARLEY:  We'll let the Judge handle it.
16  There's no reason to get upset.
17         (Whereupon, a short recess was taken.)
18         MR. FARLEY:  You can go ahead, Mr. Adams,
19  until he calls back.
20  BY MR. ADAMS:
21     Q.   We were discussing the process for issuing
22  government credit cards to District of Columbia

1  employees.  What is your role in the agency in issuing
2  those credit cards?
3      A.  I don't actually issue them.  I just
4  coordinate the fact who gets a card through the
5  committee's ruling.  The individual attends a training
6  session that's a half a day from the Office of Contract
7  and Procurement, citywide.  And prior to that, he or
8  she is instructed to download the policy and procedure
9  directive on the credit card.
10          Once the person has gone through the
11 training, they sign off on a delegation of contracting
12 authority accepting the responsibility of having a
13 card.  Once they've done that and they put money or
14 identified moneys for the credit card, the card is
15 issued within five to ten days.
16     Q.  And the credit card is delivered to the
17 person or the individual?
18     A.  No.  I have to go over to OCP and sign for
19 the card and then I call the individual into my office
20 and give them the card and ask them if there are any
21 questions they have, they can contact me.  I'm the
22 point of contact.

1    Q.    What policy and procedure directive were you
2  discussing that you just mentioned?
3    A.    It's the official OCP, a contracting policy
4  and procurement directive.  I think it's 9000.01 or
5  it's downloaded by the new card holder.
6    Q.    To whom does this card belong?
7    A.    The card belongs to the City.  It's delegated
8  to the card holder.  In other words, in this case, the
9  card was District owned, but given to Marilyn
10 Seabrooks.
11   Q.    Under what circumstances can a card be
12 revoked?
13   A.    There are several infractions:  Misuse,
14 waste, fraudulent, and a person no longer wants a
15 credit card.
16   Q.    What procedure is followed when those cards
17 are revoked?
18   A.    The individual is notified that they need to
19 cease using the card.  The bank is notified by phone
20 the same day so that no further charges can be made.
21 The card is returned to me.
22   Q.    Do you know of circumstances where cards have

1   been revoked in the Department of Health?

2       A.   Yes.

3       Q.   Has it been more than once?

4       A.   Two or three times.

5       Q.   Are there any particular forms or letters

6   that are used in revoking these cards?

7       A.   The person is informed that their card is

8   being revoked, suspended or terminated, and a copy of

9   that is given to the employee or the credit card holder

10  and is then forwarded over to OCP for their official

11  document file.

12      Q.   Mr. Farley had asked you some questions

13  regarding policy for searches. I think that was at

14  number 35 -- paragraph 35 in the Complaint. In any

15  case, are you aware of any policy that relates to

16  searching?

17      A.   No, I'm not.

18      Q.   Of employees, personally?

19      A.   No.

20      Q.   Do you know whether the District of Columbia

21  authorized Ms. Senior-Fisher to conduct any searches of

22  Ms. Mydral?

1     A.    No, I do not.

2     Q.    In your procurement policy that you referred
3  to, 9000.01, is there a procedure in there for revoking
4  credit cards having been issued to government
5  employees?

6     A.    Yes.

7     Q.    And is there any procedure in that manual
8  that would direct a supervisor to conduct a search of
9  an employee in an effort to return a credit card?

10    A.    No, that I'm aware of.

11          MR. ADAMS:  I don't have any other questions
12 for Mr. Wong at this time.

13          MR. FARLEY:  I'm all done, too.

14          (Whereupon, at 11:01 a.m., the deposition of
15          KENNETH WONG was concluded.)

16                  *  *  *  *  *

17

18

19

20

21

22