UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2351 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

# ORDER

Upon consideration of plaintiff's motion [72], the opposition and reply thereto, the record herein, and the applicable law, it is hereby

ORDERED that plaintiff's motion is GRANTED in part and DENIED in part; it is further

ORDERED that the District failed to comply with its Rule 30(b)(6) obligation to present a knowledgeable witness to testify about the topics set forth in the plaintiff's Rule 30(b)(6) Notice of Deposition to defendant, topic numbers 1–10 and 12–20; and it is further

ORDERED that defendant violated this Court's December 13, 2007 Order concerning the Rule 30(b)(6) Deposition of the District of Columbia; it is further

ORDERED that the District shall pay Myrdal an award of attorneys' fees and costs in taking the Rule 30(b)(6) deposition and in bringing the instant motion and relating litigation; it is further

ORDERED that within 10 days of this Order, the District shall produce as many knowledgeable representatives as needed to testify as to matters known or reasonably available to

the District as listed in plaintiff's October 10, 2007 Rule 30(b)(6) Notice of Deposition; it is further

ORDERED that the District shall pay Myrdal an additional award of attorneys' fees and costs in preparing for and taking the subsequent Rule 30(b)(6) deposition(s); it is further

ORDERED that plaintiff's request that this Court deem certain designated facts to be taken as established for purposes of this action and enter an order precluding the District from offering testimony as to the subject matter of plaintiff's October 10, 2007 Rule 30(b)(6) Notice of Deposition is DENIED at this time; it is further

ORDERED that defendants' motion [67] for leave to file response to plaintiff's motion is GRANTED.

Plaintiff's statement of attorneys' fees shall be filed no later than 10 days after the new Rule 30(b)(6) deposition has been concluded. Defendant's comments thereon shall be due 10 days later.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on February 25, 2008.