THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No: 05 CV 02351 (RCL)** |
| ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon Consideration of Defendant District of Columbia's Emergency Motion for Protection, Plaintiff's response thereto, the record herein and there being good cause shown, it is hereby **ORDERED**:

That Topic 15 be limited in time to searches conducted from April 13, 2002, to April 13, 2005, by non law enforcement supervisory officials at the Department of Health and that the Defendant shall not be required to produce witnesses or testimony to address any searches conducted by Metropolitan Police Department officials, Department of Corrections Officials or other sworn police officers employed by the District of Columbia.

That the deposition not be video recorded at the expense of the District of Columbia.

**SO ORDERED**:

by the Court this ___ day of _____, 2008,

_____
Judge Royce C. Lambert
U.S. District Court for the District of Columbia

2