THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**DISTRICT OF COLUMBIA, et al.,** )<br>)<br>Defendants. ) | Civil Action No: 05 CV 02351 (RCL) |

## ORDER

Upon Consideration of Defendant District of Columbia's Emergency Motion for Protection, and the need for timely response by this Court, it is hereby **ORDERED**:

That Plaintiff shall file a response to this motion by 3:30 p.m., March 5, 2008,

**SO ORDERED**:

by the Court this ___ day of _____, 2008,

_____
Judge Royce C. Lambert
U.S. District Court for the District of Columbia