**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:  05 CV 2351 (RCL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Lucy Pittman, Assistant Attorney General, as counsel for defendant Paula Senior Fisher.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
MELVIN W. BOLDEN, JR. [#192179]
Assistant Attorneys General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (telephone)
(202) 724-5695 (telephone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov
Melvin.bolden@dc.gov