THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 05 CV 02351 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

### PRAECIPE

Please withdraw the District of Columbia's Motion for Protective Order filed in this case on March 5, 2008. The parties have narrowed the scope of the proposed testimony relating to Topic #15 in plaintiff's Notice of 30(b)(6) Video Taped Deposition.[1]

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of
Columbia, General Litigation Division

PATRICIA A. JONES
Chief, General Litigation, Section IV

_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

---

[1] The District reserves its right to seek relief from the Court should the need arise at the scheduled depositions.