IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, : | |
| : | |
| Plaintiff, : | Civ. No. 05-2351 (RCL) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.,* : | |
| : | |
| Defendants. : | |
| : | |

### DEFENDANT DISTRICT OF COLUMBIA'S EMERGENCY MOTION FOR PROTECTIVE ORDER GOVERNING THE DISCLOSURE AND USE OF PERSONNEL RECORDS

Defendant District of Columbia, by counsel and pursuant to FRCP 26(c), moves this Court to enter the attached protective order governing the disclosure and use of co-defendant Paula Senior Fisher's personnel file and/or any testimony related to complaints, discipline or any other personnel related matters that may be contained in her personnel file.  Plaintiff seeks testimony from a District Fed. R. Civ. P. 30(b)(6) designee about "all complaints made against Defendant Senior-Fisher from 2000 to the present."  The District will be unable to fully respond to the topic without review and/or disclosure of information that may be contained in its employee's personnel records.  D.C. Official Code §§ 1-631.01, and 1-631.03, precludes the District from disclosing an employee's personnel file without the consent of the employee or absent Court order. The District does not have co-defendant Senior-Fisher's consent, and there is no protective order in place governing the disclosure or use of the sought after information.

In support of its Motion, the District has attached a Memorandum of Points and Authorities.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General for the District of
        Columbia, General Litigation Division

        PATRICIA A. JONES
        Chief, General Litigation, Section IV

        _____
        C. VAUGHN ADAMS [449770]
        Assistant Attorney General
        441 4th Street, N.W. - 6th Floor South
        Washington, D.C. 20001
        (202) 724-6519; (202) 727-6295

<u>Local Rule 7(m) Certification</u>

I do hereby certify that on March 5, 2008, undersigned counsel contacted plaintiff's counsel and co-defendant Paula Senior-Fisher's counsel regarding the requested relief. Consent could not be obtained, thereby necessitating the filing of this motion.

        _____
        C. VAUGHN ADAMS
        Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN SEABROOKS MYRDAL, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 05-2351 (RCL) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER

In support of its Motion for Protective Order, defendant District of Columbia (hereinafter "the District"), hereby states as follows:

1.  Plaintiff, the Administrator of the Maternal and Family Health Administration at the D.C. Department of Health, avers that in March 2005, the District issued her a government credit card. See Complaint, at ¶¶ 5, 14. According to plaintiff, on March 22, 2005, the District cancelled the government issued credit card. Complaint, at ¶ 16. Plaintiff avers that on April 13, 2005, she made arrangements to return the credit card to Mr. Kenneth Wong, the Administrative Services Manager, on April 18, 2005. Complaint, at ¶¶ 18, 19. However, on April 13, 2005, her supervisor, Paula Senior-Fisher, entered her office and demanded the return of the credit card. Complaint, at ¶¶ 20, 21. Plaintiff claims she told Ms. Senior-Fisher that she did not have the card, and had made arrangements to return it to Mr. Wong. Complaint, at ¶¶ 22, 23. Despite being told that plaintiff did not have the credit card in her immediate possession, Ms. Senior-Fisher

allegedly escorted Hawk One Security into plaintiff's office where her personal belongings were allegedly searched, and she was not allowed to leave her office.

Plaintiff has filed suit against the District of Columbia, Hawk One Security, Watkins Security Agency, and her supervisor Paula Senior-Fisher under 42 U.S.C. § 1983, for alleged violation of her 4th Amendment Rights, and for civil conspiracy, false arrest, false imprisonment, and assault. See Complaint, generally.

2. Plaintiff has served a Notice of 30(b)(6) Video Tape Deposition on the District of Columbia, and included in that notice is a request for information regarding "all complaints made against Defendant Senior-Fisher from 2000 to the present." D.C. Official Code §§ 1-631.01, and 1-631.03, precludes the District from responding to the inquiry without the consent of the involved employee or absent Court Order. While the District is prepared to produce a witness in response to the requested information, it is unable to provide the information related to the topic without Court intervention since the employee has not agreed to the disclosure of her personnel file or information contained therein.

3. FRCP-Civil 26(b)(1) provides that parties may obtain discovery regarding any matter not privileged, which is relevant to the subject matter involved in the pending action. FRCP-26(c)(2) provides that "upon motion … the court … may make any order which justice requires … including (2) that the disclosure or discovery may be had only on specified terms and conditions, including designation of the time or place…."

4.  Depositions in this matter has been scheduled for Thursday, March 6, 2008, and if necessary, Friday, March 7, 2008. The District requests the Court to allow it to disclose defendant Paula Senior-Fisher's personnel file and information related to plaintiff's Topic #17 at the deposition of its 30(b)(6) designee. A proposed Protective Order governing the disclosure and use of the personnel file and information related thereto is attached hereto.

WHEREFORE, the District asks this Court to grant its motion.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of
Columbia, General Litigation Division

PATRICIA A. JONES
Chief, General Litigation, Section IV

_____
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295