THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **MARILYN SEABROOKS MYRDAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No: 05 CV 02351 (RCL) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Defendant District of Columbia's Emergency Motion for Protective Order, and the need for timely response by this Court, it is this ___ day of _____, 2008, hereby

**ORDERED**: That parties intended to opposed the motion shall file a response to this motion by 9:00 a.m., March 6, 2008,

**SO ORDERED**:

_____
Judge Royce C. Lambert
U.S. District Court for the District of Columbia