THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

MARILYN SEABROOKS MYRDAL, )
)
Plaintiff, )
)
v. ) Civil Action No: 05 CV 02351 (RCL)
)
)
DISTRICT OF COLUMBIA, *et al.*, )
)
Defendants. )

## ORDER

Upon consideration of Defendant District of Columbia's Emergency Motion for Protective Order, and the need for timely response by this Court, it is this 5th day of March, 2008, hereby

ORDERED: That ~~parties intended to opposed the motion shall file a response to this motion by 9:00 a.m., March 6, 2008,~~ The motion is granted. Any request for reconsideration shall be filed within 10 days.

SO ORDERED:

_Royce C. Lamberth_  3/5/08
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia