IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN SEABROOKS MYRDAL, | : |
| Plaintiff, | : Civ. No. 05-2351 (RCL) |
| v. | : |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## PRAECIPE OF DISMISSAL

By stipulation, Plaintiff Marilyn Seabrooks Myrdal, by and through counsel, hereby dismisses, pursuant to Fed. R. Civ. P. 41(a), defendants Paula Senior-Fisher and Hawk One Security with prejudice. All parties to bear their own costs and attorney fees. The District of Columbia remains as the only party defendant in this litigation.

Respectfully submitted,

_____
WILLIAM FARLEY, ESQ. [466280]
LAW OFFICES OF WILLIAM P FARLEY
1350 Connecticut Avenue
Suite 200
Washington, DC 20036
(202) 775-1550
Fax: (202) 775-0008
Email: farley@dccounselor.com
Attorney for Plaintiff Marilyn Seabrooks

_____
LEONARD MCCANTS, ESQ. [328526]
8701 Georgia Avenue
Suite 801
Silver Spring, Maryland 20910
301/588-1850

Attorney for Defendant Hawk One Security

EUGENE ADAMS
Chief Deputy Attorney General

SAMUEL KAPLAN
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I

/s/
MELVIN BOLDEN [192179]
LUCY PITTMAN [483416]
Assistant Attorneys General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202)724-5695; (202)442-9891; (202) 727-6295

Attorneys for Paula Senior-Fisher


PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of
Columbia, General Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES
Chief, General Litigation, Section IV

/s/
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

Attorneys for the District of Columbia