IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN SEABROOKS MYRDAL, :
:
Plaintiff, : Civ. No. 05-2351 (RCL)
:
v. :
:
DISTRICT OF COLUMBIA, *et al.*, :
:
Defendants. :
:

PRAECIPE OF DISMISSAL

By stipulation, Plaintiff Marilyn Seabrooks Myrdal, by and through counsel, hereby dismisses, pursuant to Fed. R. Civ. P. 41(a), defendant District of Columbia with prejudice as a party defendant in the above-captioned lawsuit, as the parties have settled all matters relating to this litigation.

Respectfully submitted,

_William Farley_ /s/
WILLIAM FARLEY, ESQ. [466280]
LAW OFFICES OF WILLIAM P FARLEY
1350 Connecticut Avenue
Suite 200
Washington, DC 20036
(202) 775-1550
Fax: (202) 775-0008
Email: farley@dccounselor.com

Attorney for Plaintiff Marilyn Seabrooks

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of
Columbia, General Litigation Division

*/s/ Patricia A. Jones*
PATRICIA A. JONES
Chief, General Litigation, Section IV

*/s/ C. Vaughn Adams*
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295

Attorneys for the District of Columbia